## Notice Recipients

District/Off: 0974–3    User: Admin.    Date Created: 4/30/2021
Case: 21–01776–LT7    Form ID: 184    Total: 2

**Recipients of Notice of Electronic Filing:**
aty    Jeffrey N Brown    jbrown@thompsoncoburn.com

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Hyperikon, Inc.    8821 Production Ave.    San Diego, CA 92121

TOTAL: 1