Dean T. Kirby, Jr.     (SBN 090114)
Roberta S. Robinson (SBN 99035)
**KIRBY & McGUINN, A P.C.**
707 Broadway, Suite 1750
San Diego, California 92101
Telephone:  (619) 398-3358
Facsimile:   (619) 398-3359

Attorneys for Trustee, Leonard J. Ackerman

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HYPERIKON, INC.<br><br>                    Debtor | Bankruptcy Case No. 21-01776-LT-7<br><br>**OPPOSITION TO EMERGENCY MOTION**<br><br>TRUSTEE, LEONARD J. ACKERMAN, EVIDENTIARY OBJECTIONS TO SREIT 4820 INDIANAPOLIS DRIVE, LLC'S EMERGENCY MOTION UNDER SECTION 365(d)(3) OR, IN THE ALTERNATIVE, FOR ADEQUATE PROTECTION UNDER 363(e)<br><br>Date: May 27, 2021<br>Time: 2:00pm<br>Dept.: 3<br>Judge: Taylor |

The Trustee submits the following evidentiary objections to Doc. 18, filed by SREIT-4820 Indianapolis Drive, LLC:

---

Trustee's Evid. Opp. To Creditor's Emergency Mtn. Under Section 365(d)(3)
Bankruptcy Case No. 21-01776-LT-7

1. Paragraph 27- lines 5-9. ("This is not a large or complex case")/The motion is devoid of any evidence supporting this contention.

2. Paragraph 28- The motion is devoid of any evidence whatsoever supporting this contention.

3. Paragraph 37- lines 9-12. The motion is devoid of any evidence whatsoever indicating that the Trustee is "receiving rent from the Subtenant." In fact, as set out in the Trustee's declaration filed concurrently herewith, the Trustee has not received any funds whatsoever from the subtenant as of the date this opposition is filed.

Date:  May 26, 2021

                                      KIRBY & McGUINN, A P.C.

                              By:  /s/ Roberta S. Robinson
                                    Roberta S. Robinson
                                    Attorneys for Leonard J. Ackerman, Trustee