**Barnes & Thornburg LLP**
Jonathan J. Boustani, Bar No. 274748
jboustani@btlaw.com
655 West Broadway, Suite 1300
San Diego, California 92101
Telephone:    (619) 321-5000
Facsimile:    (310) 284-3894

Jonathan D. Sundheimer
     *Pro Hac Vice Motion to be filed*
jsundheimer@btlaw.com
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone:    (317) 231-7319
Facsimile:    (317) 231-7433

*Attorneys for SREIT 4820 Indianapolis Drive,
L.L.C.*

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re<br><br>HYPERIKON, INC.,<br><br>     Debtor. | Case No. 21-01776-LT7<br><br>Chapter 7<br><br>**DECLARATION OF PATRICK HARRINGTON IN SUPPORT OF AMENDED EMERGENCY MOTION TO COMPEL PAYMENT UNDER 11 U.S.C. § 365(D)(3) OR, IN THE ALTERNATIVE, PROVIDE ADEQUATE PROTECTION UNDER § 363(E)**<br><br>Date: May 27, 2021<br>Time: 2:00 p.m.<br>Place: Department / Chamber 3 — Room 129<br>Judge: Hon. Laura S. Taylor |

I, Patrick Harrington, declare as follows:

1.      I make this declaration in support of the *Emergency Motion to Compel Payment Under 11 U.S.C. § 365(d)(3) or, in the Alternative, Provide Adequate Protection under § 363(e)* (the "Motion") of SREIT 4820 Indianapolis Drive, L.L.C. (the "Landlord").

2.      I have personal knowledge of the facts recited herein and am competent to testify to the same at any trial or hearing in this cause.

3.      I am an attorney duly licensed to practice law in the State of Illinois and am counsel for the Landlord.

4.      I am an attorney with the law firm of Harrington Law, LLC, and I regularly represent landlords in matters related to real estate, including collection matters.

5.      Harrington Law, LLC has been employed by the Landlord to represent the Landlord's interests in connection with the obligations underlying:

   a.   that certain Lease (the "Lease"), made and entered into August 1, 2017, by Indiana Becknell Investors 2011 LLC (the "Original Landlord") and Hyperikon, Inc. (the "Debtor"), whereby the Landlord agreed to lease a portion of nonresidential real property commonly known as 4850 S. Indianapolis Road, Whitestown, Indiana (the "Leased Premises") to the Debtor and the Debtor agreed to pay the Landlord for the use of the Leased Premises;

   b.   that certain *Assignment and Assumption of Leases* (the "Assignment"), effective as of November 22, 2019, executed by the Original Landlord and the Landlord, whereby the Original Landlord assigned, transferred, and delegated to the Landlord all of the Original Landlord's rights and obligations under the Lease;

   c.   that certain *Sublease* (the "Sublease"), dated as of November 2, 2020, executed by the Debtor and Homegoods, Inc. (the "Subtenant"), whereby the Debtor agreed to sublease the Leased Premises to the Subtenant and the Subtenant agreed to pay the Debtor rent in an amount greater than the rent due by the Debtor to the Landlord under the Lease; and

Barnes &
Thornburg LLP

d. that certain *Consent to Sublease* (the "Landlord Consent"), executed November 2, 2020, by the Debtor, the Subtenant, and the Landlord, whereby the Landlord consented to the Sublease under certain terms and conditions.

6. On April 26, 2021, I sent, on behalf of the Landlord, a *Notice of Default* (the "Notice of Default"), to the Debtor declaring the Debtor to be in default under the Lease.  A true and correct copy of the Notice of Default is hereto as **Exhibit 1** and is incorporated herein by reference as if fully set forth at length.

7. The Notice of Default was sent via UPS Next Day Air.

8. The Notice of Default was received by the Debtor on April 27, 2021 at attn:  Jan Brandrup, 8515 Miramar Place, San Diego, California 92121 (the "Miramar Address").  True and correct copies of the UPS tracking label and UPS tracking report for the Notice of Default are attached hereto as **Exhibit 2** and are incorporated herein by reference as if fully set forth at length.

9. On April 26, 2021, I sent, on behalf of the Landlord, a *Section 5 Notice* (the "Subtenant Notice"), dated April 26, 2021, to the Debtor and the Subtenant declaring the Debtor to be in default under the Lease, directing the Subtenant to direct all future rent payments due under the Sublease to the Landlord, and otherwise terminating the right of the Debtor to collect rents from the Subtenant.  A true and correct copy of the Subtenant Notice is hereto as **Exhibit 3** and is incorporated herein by reference as if fully set forth at length.

10. The Subtenant Notice was sent via UPS Next Day Air.

11. The Subtenant Notice was received by the Subtenant on April 27, 2021 at Attn: Vice President – Real Estate, 770 Cochituate Road, P.O. Box 9357, Framingham, Massachusetts 01701 (the "President Address").  True and correct copies of the UPS tracking label and UPS tracking report for the Subtenant Notice to the President Address are attached hereto as **Exhibit 4** and are incorporated herein by reference as if fully set forth at length.

12. The Subtenant Notice was received by the Subtenant on April 27, 2021 at Attn:  Vice President Legal – Real Estate, 770 Cochituate Road, P.O. Box 9357, Framingham, Massachusetts 01701  (the "VP Address").  True and correct copies of the UPS tracking label and UPS tracking

report for the Subtenant Notice to the VP Address are attached hereto as **Exhibit 5** and are incorporated herein by reference as if fully set forth at length

13.     The Subtenant Notice was received by the Debtor on April 27, 2021 at Attn:  Chief Operating Officer, 707 Broadway, Suite 800, San Diego, California 92101 (the "Broadway Address").  True and correct copies of the UPS tracking label and UPS tracking report for the Subtenant Notice to the Broadway Address are attached hereto as **Exhibit 6** and are incorporated herein by reference as if fully set forth at length.

14.     The Subtenant Notice was received by the Debtor on April 27, 2021 at the Miramar Address.  True and correct copies of the UPS tracking label and UPS tracking report for the Subtenant Notice to the Miramar Address are attached hereto as **Exhibit 7.** and are incorporated herein by reference as if fully set forth at length.

15.     On April 30, 2021, I sent, on behalf of the Landlord, a *Notice of Lease Termination* (the "Notice of Termination"), dated April 30, 2021, to the Debtor terminating the Debtor's rights under the Lease.  A true and correct copy of the Notice of Termination is attached hereto as **Exhibit 8** and is incorporated herein by reference as if fully set forth at length.

16.     The Notice of Termination Notice was sent via UPS Next Day Air.

17.     The Notice of Termination was attempted to be delivered to the Debtor on May 3, 2021 at the Miramar Address, but was not deliverable. True and correct copies of the UPS tracking label and UPS tracking report for the Notice of Termination are attached hereto as **Exhibit 9** and are incorporated herein by reference as if fully set forth at length.

18.     On April 30, 2021, at 4:33 p.m. CT, I caused my colleague, Chapin Rose, to send a copy of the Notice of Termination to the Debtor via email at aak@hyperikon.com (the "Email"). A true and correct copy of the Email is attached hereto as **Exhibit 10** and is incorporated herein by reference as if fully set forth at length.

/ / /

/ / /

BARNES &
THORNBURG LLP

1       I declare under penalty of perjury under the laws of the United States that the foregoing

2 statements are true and correct to the best of current information, knowledge and belief.

3   Dated: May 27, 2021

4

5                                Patrick Harrington

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# **<u>EXHIBIT 1</u>**



## Harrington Law

**Phone:** (217) 352-4167
**Fax:** (217) 352-8707

201 W. Springfield Avenue, Suite 601 | P.O. Box 1550 | Champaign, IL 61824-1550     **harringtonlawllc.com**

April 26, 2021

**OVERNIGHT COURIER**
Hyperikon, Inc.
Attn: Jan Brandrup
8515 Miramar Place
San Diego, CA 92121

### NOTICE OF DEFAULT

Our law firm represents SREIT 4820 Indianapolis Drive, L.L.C., a Delaware limited liability company ("Landlord") and its rights and interests under that certain Lease dated August 1, 2017 ("Lease"), by and between Indiana Becknell Investors 2011 LLC, as assumed by, and assigned to, Landlord, and Hyperikon, Inc., a California corporation ("Tenant") for certain real property commonly known as 4850 S. Indianapolis Rd., Whitestown, IN. Capitalized terms not otherwise defined herein shall have the meaning give to them in the Lease.

Pursuant to Article 4, Tenant promised to pay Rent. The Rent is to be paid by Tenant in full and without demand. Tenant has failed to timely pay the full Base Rent and Additional Rent due for the month of April 2021 and has failed to timely make full Additional Rent payments for the months of January 2021 and February 2021 – all as more fully detailed on the attached Exhibit "A," which is incorporated herein by reference. Tenant is currently in default in the amount of **$66,297.87**. Further and in addition to the foregoing sum, pursuant to Section 4, any Base Rent payable under the Lease that is not paid within ten (10) days of when it is due shall accrue interest at the rate of ten percent (10%) per annum until paid ("Interest") and the Tenant shall also pay a late charge equal to five percent (5%) of the amount then due ("Late Fee").

Pursuant to Article 19(a), any failure by Tenant to make any payment of Base Rent as required under the Lease for a period of ten (10) days after it is due is an event of Tenant default. Further, pursuant to Section 19(b), any failure by Tenant to make any

**ATTORNEYS**

| | | | |
|---|---|---|---|
| Daniel G. Harrington* | Andrew G. Harrington | Darren M. Taylor | Kip R. Pope, *Of Counsel* |
| Patrick E. Harrington | Jeffrey D. Kramer | Chapin Rose | *Also Admitted in Florida* |

Earl C. Harrington (1895-1981) | Thomas E. Harrington (1931-2012)



payment required under the Lease for a period of ten (10) days after it is due, is a separate event of Tenant default.  Therefore, Tenant is in default under the Lease.

**ACCORDINGLY, LANDLORD HEREBY DEMANDS THAT TENANT IMMEDIATELY PAY ALL RENT NOW DUE AND OWING IN THE AMOUNT OF $66,297.87 TOGETHER WITH THE APPLICABLE INTEREST AND LATE FEE. NOTHING HEREIN IS, OR SHALL BE CONSTRUED AS, A WAIVER OF ANY RIGHTS OF LANDLORD AT LAW AND/OR IN EQUITY AND ANY ACTION TO ENFORCE THE RIGHTS OF THE LEASE BY LANDLORD SHALL INCLUDE RECOUPMENT OF ALL REASONABLE ATTORNEY'S FEES AND COURT COSTS.**

Respectfully,



SREIT 4820 Indianapolis Drive, L.L.C., a
Delaware limited liability company, by
one of its attorneys

Enclosures:  Exhibit "A"



**Harrington Law**

**Phone:** (217) 352-4167 | **Fax:** (217) 352-8707 | **Web:** harringtonlawllc.com

201 W. Springfield Avenue, Suite 601 | P.O. Box 1550 | Champaign, IL 61824-1550

Exhibit A

# Aging Detail

DB Caption: LIVE  Property: p1301073  Tenant: 10000404

Status: Current, Past, Future  Age As Of: 04/30/2021  Post To: 04/2021

Page 1

**IN-Whitestown-4750 Indianapolis (p1301073)**

**Hyperikon, Inc. IN (10000404)**

| Property | Customer | Lease | Status | Trans# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| p1301073 | Hyperikon, Inc. IN | | Current | C-87788 | utltest | 01/04/2021 | 01/2021 | 1,851.57 | 0.00 | 0.00 | 0.00 | 1,851.57 | 0.00 | 1,851.57 |
| p1301073 | Hyperikon, Inc. IN | | Current | C-89096 | utltest | 02/02/2021 | 02/2021 | 2,380.00 | 0.00 | 0.00 | 2,380.00 | 0.00 | 0.00 | 2,380.00 |
| p1301073 | Hyperikon, Inc. IN | | Current | C-90821 | camest | 04/01/2021 | 04/2021 | 2,746.78 | 2,746.78 | 0.00 | 0.00 | 0.00 | 0.00 | 2,746.78 |
| p1301073 | Hyperikon, Inc. IN | | Current | C-90822 | insest | 04/01/2021 | 04/2021 | 901.75 | 901.75 | 0.00 | 0.00 | 0.00 | 0.00 | 901.75 |
| p1301073 | Hyperikon, Inc. IN | | Current | C-90823 | rentbase | 04/01/2021 | 04/2021 | 46,360.00 | 46,360.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46,360.00 |
| p1301073 | Hyperikon, Inc. IN | | Current | C-90824 | feemgmt | 04/01/2021 | 04/2021 | 1,390.80 | 1,390.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1,390.80 |
| p1301073 | Hyperikon, Inc. IN | | Current | C-90825 | retxest | 04/01/2021 | 04/2021 | 5,970.65 | 5,970.65 | 0.00 | 0.00 | 0.00 | 0.00 | 5,970.65 |
| p1301073 | Hyperikon, Inc. IN | | Current | C-93166 | utltest | 04/12/2021 | 04/2021 | 1,373.49 | 1,373.49 | 0.00 | 0.00 | 0.00 | 0.00 | 1,373.49 |
| p1301073 | Hyperikon, Inc. IN | | Current | C-93167 | utltest | 04/12/2021 | 04/2021 | 3,322.83 | 3,322.83 | 0.00 | 0.00 | 0.00 | 0.00 | 3,322.83 |
| | **Hyperikon, Inc. IN** | | | | | | | 66,297.87 | 62,066.30 | 0.00 | 2,380.00 | 1,851.57 | 0.00 | 66,297.87 |
| **p1301073** | | | | | | | | 66,297.87 | 62,066.30 | 0.00 | 2,380.00 | 1,851.57 | 0.00 | 66,297.87 |
| **Grand Total** | | | | | | | | 66,297.87 | 62,066.30 | 0.00 | 2,380.00 | 1,851.57 | 0.00 | 66,297.87 |

# **EXHIBIT 2**



HARRINGTON LAW LLC
2173524167
201 WEST SPRINGFIELD AVENUE
CHAMPAIGN  IL 61820

**LTR**                    **1 OF 1**

**SHIP TO:**
ATTN: JAN BRANDRUP
HYPERIKON INC.
8515 MIRAMAR PLACE
**SAN DIEGO  CA  92121**

## CA 921 9-07

## UPS NEXT DAY AIR                    **1**
TRACKING #: 1Z F37 23X 24 9806 3861

BILLING: P/P
SIGNATURE REQUIRED

Reference No.1: 41301073

XOL 21.05.03          NV45 45.0A 04/2021*          ™

Case 21-01776-LT7    Filed 05/27/21    Entered 05/27/21 10:13:42    Doc 30    Pg. 13 of 75

**Last Updated:** 05/27/2021 9:22 A.M. EST

**Tracking Number**
1ZF3723X2498063861

**Service**
UPS Next Day Air®

**Shipment Category**
Package

**Reference Number(s)**
41301073

**Shipped / Billed On**
04/26/2021

Tracking | UPS - United States

Your shipment from
**HARRINGTON & TOCK**

Delivered On
Tuesday, April 27 **at 10:14 A.M. at Dock**

Label Created

Shipped

Out for Delivery

Delivered

**Delivered To**
HYPERIKON INC.
8515 MIRAMAR PL
SAN DIEGO, CA 92121 US

**Received By:**
RECV

Proof of Delivery

Signature Picture

**Last Updated:** 05/27/2021 9:22 A.M. EST

| | |
|---|---|
| 04/27/2021<br>10:14 A.M. | **Delivered**<br>DELIVERED<br>SAN DIEGO, CA, US |
| 04/27/2021<br>8:13 A.M. | **Out for Delivery**<br>Out For Delivery<br>San Diego, CA, United States |
| 04/27/2021<br>6:06 A.M. | Departed from Facility<br>San Diego, CA, United States |
| 04/27/2021<br>5:26 A.M. | Arrived at Facility<br>San Diego, CA, United States |
| 04/27/2021<br>1:00 A.M. | A late flight has caused a delay. We will update the delivery date as soon as possible. |
| 04/27/2021<br>3:56 A.M. | Departed from Facility<br>Louisville, KY, United States |
| 04/27/2021<br>1:13 A.M. | Arrived at Facility<br>Louisville, KY, United States |
| 04/26/2021<br>11:05 P.M. | Departed from Facility<br>Danville, IL, United States |
| 04/26/2021<br>9:17 P.M. | Origin Scan<br>Urbana, IL, United States |
| 04/26/2021<br>6:41 P.M. | **Shipped**<br>Pickup Scan<br>Urbana, IL, United States |
| 04/26/2021<br>4:53 P.M. | **Label Created**<br>Shipper created a label, UPS has not received the package yet.<br>United States |

# **EXHIBIT 3**

 **Harrington Law**

Phone: (217) 352-4167
Fax: (217) 352-8707

201 W. Springfield Avenue, Suite 601  |  P.O. Box 1550  |  Champaign, IL 61824-1550          **harringtonlawllc.com**

April 26, 2021

**OVERNIGHT COURIER**

HomeGoods, Inc.
Attn: Vice President – Real Estate
770 Cochituate Road
PO Box 9357
Framingham, MA  01701

Hyperikon, Inc.
Attn: Chief Operating Officer
707 Broadway, Suite 800
San Diego, CA  92101

With copy to:

HomeGoods Inc.
Attn: Vice President Legal – Real Estate
770 Cochituate Road
PO Box 9357
Framingham, MA  01701

Hyperikon, Inc.
Attn: Jan Brandrup
8515 Miramar Place
San Diego, CA  92121

## SECTION 5 NOTICE

Our law firm represents SREIT 4820 Indianapolis Drive, L.L.C., a Delaware limited liability company ("Landlord") and its rights and interests under that certain Consent to Sublease Lease dated November 2, 2020 ("Consent to Sublease") in which Landlord consented to that certain Sublease by and between Hyperikon, Inc., a California corporation, as sublessor ("Sublessor"), and HomeGoods Inc., a Delaware corporation, as subtenant ("Subtenant") ("Sublease"), for certain real property commonly known as 4850 S. Indianapolis Rd., Whitestown, IN.  Capitalized terms not otherwise defined herein shall have the meaning give to them in the Consent to Sublease.

Pursuant to Section 5 of the Consent to Sublease, if Sublessor is in default under the terms of the Lease, Subtenant is obligated to pay direct to Landlord all base rent and additional rent pursuant to the terms of the Sublease upon written notification by Landlord of such default.

**ATTORNEYS**

Daniel G. Harrington*          Andrew G. Harrington          Darren M. Taylor          Kip R. Pope, *Of Counsel*
Patrick E. Harrington          Jeffrey D. Kramer             Chapin Rose              *Also Admitted in Florida*

Earl C. Harrington (1895-2012)  |  Thomas E. Harrington (1931-2012)



PURSUANT TO SECTION 5 OF THE CONSENT TO SUBLEASE, NOTICE IS HEREBY GIVEN to Subtenant, that Sublessor is in default under the terms of the Lease beyond any applicable notice and cure period thereunder (a courtesy copy of the formal Notice of Default is included herein).  Subtenant shall pay all future base rent and additional rent payments due under the Sublease direct Landlord.

**Accordingly, please direct all future base rent and additional rent payments to:**

**Account Title:**        **SREIT 8421 Bearing Drive, L.LC.**
**Account Number:**       **4228017315**

**Bank Routing Number:**  **121  000  248 - WIRE**
                          **121  042  882 - ACH**

**Bank Address:**         **Wells Fargo Bank**
                          **San Francisco, CA**

**NOTHING HEREIN IS, OR SHALL BE CONSTRUED AS, A WAIVER OF ANY RIGHTS OF LANDLORD AT LAW AND/OR IN EQUITY UNDER THE CONSENT TO SUBLEASE.**

Respectfully,



SREIT 4820 Indianapolis Drive, L.L.C., a
Delaware limited liability company, by
one of its attorneys

Enclosures:  Default Notice



**H** Harrington Law

**Phone:** (217) 352-4167  |  **Fax:** (217) 352-8707  |  **Web:** harringtonlawllc.com

201 W. Springfield Avenue, Suite 601  |  P.O. Box 1550  |  Champaign, IL 61824-1550



## Harrington Law

Phone: (217) 352-4167
Fax: (217) 352-8707

201 W. Springfield Avenue, Suite 601  |  P.O. Box 1550  |  Champaign, IL 61824-1550

**harringtonlawllc.com**

April 26, 2021

**OVERNIGHT COURIER**
Hyperikon, Inc.
Attn: Jan Brandrup
8515 Miramar Place
San Diego, CA  92121

## NOTICE OF DEFAULT

Our law firm represents SREIT 4820 Indianapolis Drive, L.L.C., a Delaware limited liability company ("Landlord") and its rights and interests under that certain Lease dated August 1, 2017 ("Lease"), by and between Indiana Becknell Investors 2011 LLC, as assumed by, and assigned to, Landlord, and Hyperikon, Inc., a California corporation ("Tenant") for certain real property commonly known as 4850 S. Indianapolis Rd., Whitestown, IN.  Capitalized terms not otherwise defined herein shall have the meaning give to them in the Lease.

Pursuant to Article 4, Tenant promised to pay Rent.  The Rent is to be paid by Tenant in full and without demand.  Tenant has failed to timely pay the full Base Rent and Additional Rent due for the month of April 2021 and has failed to timely make full Additional Rent payments for the months of January 2021 and February 2021 – all as more fully detailed on the attached Exhibit "A," which is incorporated herein by reference. Tenant is currently in default in the amount of **$66,297.87**.  Further and in addition to the foregoing sum, pursuant to Section 4, any Base Rent payable under the Lease that is not paid within ten (10) days of when it is due shall accrue interest at the rate of ten percent (10%) per annum until paid ("Interest") and the Tenant shall also pay a late charge equal to five percent (5%) of the amount then due ("Late Fee").

Pursuant to Article 19(a), any failure by Tenant to make any payment of Base Rent as required under the Lease for a period of ten (10) days after it is due is an event of Tenant default.  Further, pursuant to Section 19(b), any failure by Tenant to make any

**ATTORNEYS**

Daniel G. Harrington*       Andrew G. Harrington        Darren M. Taylor       Kip R. Pope, *Of Counsel*
Patrick E. Harrington       Jeffrey D. Kramer           Chapin Rose            *Also Admitted in Florida

Earl C. Harrington (1895-1981)  |  Thomas E. Harrington (1931-2012)



payment required under the Lease for a period of ten (10) days after it is due, is a separate event of Tenant default.  Therefore, Tenant is in default under the Lease.

**ACCORDINGLY, LANDLORD HEREBY DEMANDS THAT TENANT IMMEDIATELY PAY ALL RENT NOW DUE AND OWING IN THE AMOUNT OF <u>$66,297.87</u> TOGETHER WITH THE APPLICABLE INTEREST AND LATE FEE. NOTHING HEREIN IS, OR SHALL BE CONSTRUED AS, A WAIVER OF ANY RIGHTS OF LANDLORD AT LAW AND/OR IN EQUITY AND ANY ACTION TO ENFORCE THE RIGHTS OF THE LEASE BY LANDLORD SHALL INCLUDE RECOUPMENT OF ALL REASONABLE ATTORNEY'S FEES AND COURT COSTS.**

Respectfully,

SREIT 4820 Indianapolis Drive, L.L.C., a
Delaware limited liability company, by
one of its attorneys

Enclosures:  Exhibit "A"



**Harrington Law**



**Phone:** (217) 352-4167  |  **Fax:** (217) 352-8707  |  **Web:** harringtonlawllc.com
201 W. Springfield Avenue, Suite 601  |  P.O. Box 1550  |  Champaign, IL 61824-1550

Exhibit A

# Aging Detail

DB Caption: LIVE  Property: p1301073 Tenant: t0000404    Status: Current, Past, Future  Age As Of: 04/30/2021  Post To: 04/2021

Page 1

| Property | Customer | Lease | Status | Trans# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IN-Whitestown-4750 Indianapolis (p1301073)** | | | | | | | | | | | | | | |
| **Hyperikon, Inc. IN (t0000404)** | | | | | | | | | | | | | | |
| p1301073 | Hyperikon, Inc. IN | | Current | C-87788 | utilest | 01/04/2021 | 01/2021 | 1,851.57 | 0.00 | 0.00 | 0.00 | 1,851.57 | 0.00 | 1,851.57 |
| p1301073 | Hyperikon, Inc. IN | | Current | C-89096 | utilest | 02/02/2021 | 02/2021 | 2,380.00 | 0.00 | 0.00 | 2,380.00 | 0.00 | 0.00 | 2,380.00 |
| p1301073 | Hyperikon, Inc. IN | | Current | C-90821 | camest | 04/01/2021 | 04/2021 | 2,746.78 | 2,746.78 | 0.00 | 0.00 | 0.00 | 0.00 | 2,746.78 |
| p1301073 | Hyperikon, Inc. IN | | Current | C-90822 | insest | 04/01/2021 | 04/2021 | 901.75 | 901.75 | 0.00 | 0.00 | 0.00 | 0.00 | 901.75 |
| p1301073 | Hyperikon, Inc. IN | | Current | C-90823 | rentbase | 04/01/2021 | 04/2021 | 46,360.00 | 46,360.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46,360.00 |
| p1301073 | Hyperikon, Inc. IN | | Current | C-90824 | feemgmnt | 04/01/2021 | 04/2021 | 1,390.80 | 1,390.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1,390.80 |
| p1301073 | Hyperikon, Inc. IN | | Current | C-90825 | retoest | 04/01/2021 | 04/2021 | 5,970.65 | 5,970.65 | 0.00 | 0.00 | 0.00 | 0.00 | 5,970.65 |
| p1301073 | Hyperikon, Inc. IN | | Current | C-93166 | utilest | 04/12/2021 | 04/2021 | 1,373.49 | 1,373.49 | 0.00 | 0.00 | 0.00 | 0.00 | 1,373.49 |
| p1301073 | Hyperikon, Inc. IN | | Current | C-93167 | utilest | 04/12/2021 | 04/2021 | 3,322.83 | 3,322.83 | 0.00 | 0.00 | 0.00 | 0.00 | 3,322.83 |
| | **Hyperikon, Inc. IN** | | | | | | | **66,297.87** | **62,066.30** | **0.00** | **2,380.00** | **1,851.57** | **0.00** | **66,297.87** |
| **p1301073** | | | | | | | | **66,297.87** | **62,066.30** | **0.00** | **2,380.00** | **1,851.57** | **0.00** | **66,297.87** |
| **Grand Total** | | | | | | | | **66,297.87** | **62,066.30** | **0.00** | **2,380.00** | **1,851.57** | **0.00** | **66,297.87** |

Userid : pdicosola Date : 4/26/2021 Time : 9:24 AM

# **EXHIBIT 4**

5/27/2021



HARRINGTON LAW LLC
2173524167
201 WEST SPRINGFIELD AVENUE
CHAMPAIGN  IL 61820

**LTR**        1 OF 1

**SHIP TO:**
ATTN: VICE PRESIDENT - REAL ESTATE
HOMEGOODS INC.
P.O. BOX 9357
770 COCHITUATE ROAD
**FRAMINGHAM  MA  01701**

**MA 017 0-01**

**UPS NEXT DAY AIR**                    **1**
TRACKING #: 1Z F37 23X 24 9780 1092

BILLING: P/P
SIGNATURE REQUIRED

Reference No.1: 41301073

XOL 21.05.03        NV45 45.0A 04/2021*        TM

1/1

**Last Updated:** 05/27/2021 9:18 A.M. EST

**Tracking Number**
1ZF3723X2497801092

**Service**
UPS Next Day Air®

**Shipment Category**
Package

**Reference Number(s)**
41301073

**Shipped / Billed On**
04/26/2021

Tracking | UPS - United States

Your shipment from
**HARRINGTON & TOCK**

Delivered On
Tuesday, April 27 **at 10:21 A.M. at Inside Delivery**

Label Created

Shipped

Out for Delivery

Delivered

**Delivered To**
770 COCHITUATE RD
FRAMINGHAM, MA 01701 US

**Received By:**
PAMPHIOE

Proof of Delivery

Signature Picture

**Last Updated:** 05/27/2021 9:18 A.M. EST

| 04/27/2021<br>10:21 A.M. | **Delivered**<br>DELIVERED<br>FRAMINGHAM, MA, US |
|---|---|
| 04/27/2021<br>9:34 A.M. | **Out for Delivery**<br>Out For Delivery Today<br>Ashland, MA, United States |
| 04/27/2021<br>9:00 A.M. | Processing at UPS Facility<br>Ashland, MA, United States |
| 04/27/2021<br>6:58 A.M. | Departed from Facility<br>East Boston, MA, United States |
| 04/27/2021<br>6:16 A.M. | Arrived at Facility<br>East Boston, MA, United States |
| 04/27/2021<br>4:19 A.M. | Departed from Facility<br>Louisville, KY, United States |
| 04/27/2021<br>1:13 A.M. | Arrived at Facility<br>Louisville, KY, United States |
| 04/26/2021<br>11:05 P.M. | Departed from Facility<br>Danville, IL, United States |
| 04/26/2021<br>9:20 P.M. | Origin Scan<br>Urbana, IL, United States |
| 04/26/2021<br>6:41 P.M. | **Shipped**<br>Pickup Scan<br>Urbana, IL, United States |
| 04/26/2021<br>5:03 P.M. | **Label Created**<br>Shipper created a label, UPS has not<br>received the package yet.<br>United States |

# **EXHIBIT 5**



HARRINGTON LAW LLC
2173524167
201 WEST SPRINGFIELD AVENUE
CHAMPAIGN IL 61820

**LTR**                    **1 OF 1**

**SHIP TO:**
ATTN: V. P. - LEGAL - REAL ESTATE
HOMEGOODS INC.
P.O. BOX 9357
770 COCHITUATE ROAD
**FRAMINGHAM  MA  01701**

## MA 017 0-01

# UPS NEXT DAY AIR                    **1**
TRACKING #: 1Z F37 23X 24 9813 4285

BILLING: P/P
SIGNATURE REQUIRED

Reference No.1: 41301073

XOL 21.05.03        NV45 45.0A 04/2021*

Tracking | UPS - United States

**Last Updated:** 05/27/2021 9:13 A.M. EST

**Tracking Number**
1ZF3723X2498134285

**Service**
UPS Next Day Air®

**Shipment Category**
Package

**Reference Number(s)**
41301073

**Shipped / Billed On**
04/26/2021

---

Tracking | UPS - United States

Your shipment from
**HARRINGTON & TOCK**

Delivered On
Tuesday, April 27 **at 10:21 A.M. at Inside Delivery**

Label Created

Shipped

Out for Delivery

Delivered

**Delivered To**

770 COCHITUATE RD
FRAMINGHAM, MA 01701 US

**Received By:**

PAMPHIOE

Proof of Delivery


Signature Picture

Tracking | UPS - United States

**Last Updated:** 05/27/2021 9:13 A.M. EST

| 04/27/2021<br>10:21 A.M. | **Delivered**<br>DELIVERED<br>FRAMINGHAM, MA, US |
| --- | --- |
| 04/27/2021<br>9:34 A.M. | **Out for Delivery**<br>Out For Delivery Today<br>Ashland, MA, United States |
| 04/27/2021<br>9:00 A.M. | Processing at UPS Facility<br>Ashland, MA, United States |
| 04/27/2021<br>6:58 A.M. | Departed from Facility<br>East Boston, MA, United States |
| 04/27/2021<br>6:16 A.M. | Arrived at Facility<br>East Boston, MA, United States |
| 04/27/2021<br>4:19 A.M. | Departed from Facility<br>Louisville, KY, United States |
| 04/27/2021<br>1:13 A.M. | Arrived at Facility<br>Louisville, KY, United States |
| 04/26/2021<br>11:05 P.M. | Departed from Facility<br>Danville, IL, United States |
| 04/26/2021<br>9:18 P.M. | Origin Scan<br>Urbana, IL, United States |
| 04/26/2021<br>6:41 P.M. | **Shipped**<br>Pickup Scan<br>Urbana, IL, United States |
| 04/26/2021<br>5:00 P.M. | **Label Created**<br>Shipper created a label, UPS has not<br>received the package yet.<br>United States |

# **EXHIBIT 6**



Tracking | UPS - United States

**Last Updated:** 05/27/2021 9:24 A.M. EST

**Tracking Number**
1ZF3723X2492453610

**Service**
UPS Next Day Air®

**Shipment Category**
Package

**Reference Number(s)**
41301073

**Shipped / Billed On**
04/26/2021

---

Your shipment from
**HARRINGTON & TOCK**

Delivered On
Tuesday, April 27 **at 10:10 A.M. at Office**

Label Created

Shipped

Out for Delivery

Delivered

**Delivered To**
707 BROADWAY
SAN DIEGO, CA 92101 US

**Received By:**
ID Verified

Proof of Delivery

Signature Picture

Tracking | UPS - United States

**Last Updated:** 05/27/2021 9:24 A.M. EST

| | |
|---|---|
| 04/27/2021<br>10:10 A.M. | **Delivered**<br>DELIVERED<br>SAN DIEGO, CA, US |
| 04/27/2021<br>8:12 A.M. | **Out for Delivery**<br>Out For Delivery<br>San Diego, CA, United States |
| 04/27/2021<br>6:06 A.M. | Departed from Facility<br>San Diego, CA, United States |
| 04/27/2021<br>5:26 A.M. | Arrived at Facility<br>San Diego, CA, United States |
| 04/27/2021<br>1:00 A.M. | A late flight has caused a delay. We<br>will update the delivery date as soon<br>as possible. |
| 04/27/2021<br>3:56 A.M. | Departed from Facility<br>Louisville, KY, United States |
| 04/27/2021<br>1:13 A.M. | Arrived at Facility<br>Louisville, KY, United States |
| 04/26/2021<br>11:05 P.M. | Departed from Facility<br>Danville, IL, United States |
| 04/26/2021<br>9:17 P.M. | Origin Scan<br>Urbana, IL, United States |
| 04/26/2021<br>6:41 P.M. | **Shipped**<br>Pickup Scan<br>Urbana, IL, United States |
| 04/26/2021<br>4:51 P.M. | **Label Created**<br>Shipper created a label, UPS has not<br>received the package yet.<br>United States |

# **EXHIBIT 7**



5/27/2021

1/1

**Last Updated:** 05/27/2021 9:22 A.M. EST

**Tracking Number**
1ZF3723X2498063861

**Service**
UPS Next Day Air®

**Shipment Category**
Package

**Reference Number(s)**
41301073

**Shipped / Billed On**
04/26/2021

Your shipment from
**HARRINGTON & TOCK**

Delivered On
Tuesday, April 27 **at 10:14 A.M. at Dock**

Label Created

Shipped

Out for Delivery

Delivered

**Delivered To**
HYPERIKON INC.
8515 MIRAMAR PL
SAN DIEGO, CA 92121 US

**Received By:**
RECV

Proof of Delivery

Signature Picture

**Last Updated:** 05/27/2021 9:22 A.M. EST

| | |
|---|---|
| 04/27/2021<br>10:14 A.M. | **Delivered**<br>DELIVERED<br>SAN DIEGO, CA, US |
| 04/27/2021<br>8:13 A.M. | **Out for Delivery**<br>Out For Delivery<br>San Diego, CA, United States |
| 04/27/2021<br>6:06 A.M. | Departed from Facility<br>San Diego, CA, United States |
| 04/27/2021<br>5:26 A.M. | Arrived at Facility<br>San Diego, CA, United States |
| 04/27/2021<br>1:00 A.M. | A late flight has caused a delay. We will update the delivery date as soon as possible. |
| 04/27/2021<br>3:56 A.M. | Departed from Facility<br>Louisville, KY, United States |
| 04/27/2021<br>1:13 A.M. | Arrived at Facility<br>Louisville, KY, United States |
| 04/26/2021<br>11:05 P.M. | Departed from Facility<br>Danville, IL, United States |
| 04/26/2021<br>9:17 P.M. | Origin Scan<br>Urbana, IL, United States |
| 04/26/2021<br>6:41 P.M. | **Shipped**<br>Pickup Scan<br>Urbana, IL, United States |
| 04/26/2021<br>4:53 P.M. | **Label Created**<br>Shipper created a label, UPS has not received the package yet.<br>United States |

# **EXHIBIT 8**



# Harrington Law

Phone: (217) 352-4167
Fax: (217) 352-8707

201 W. Springfield Avenue, Suite 601  |  P.O. Box 1550  |  Champaign, IL 61824-1550

harringtonlawllc.com

April 30, 2021

Hyperikon, Inc.
Attn: Jan Brandrup
8515 Miramar Place
San Diego, CA  92121

*SENT VIA OVERNIGHT DELIVERY.*

RE:  That certain Lease dated August 1, 2017 ("Lease"), by and between SREIT 4820 Indianapolis Drive, L.L.C., a Delaware limited liability company, as successor in interest to Indiana Becknell Investors 2011 LLC ("Landlord"), and Hyperikon, Inc., a California corporation ("Tenant"), for a portion of that certain real property commonly known as 4850 S. Indianapolis Rd., Whitestown, IN.    Capitalized terms not defined herein shall have the meanings set forth in the Lease.

Dear Ms. Brandrup:

## <u>NOTICE OF LEASE TERMINATION</u>

Our law firm represents Landlord and its rights and interests under the Lease. Tenant has previously been advised that Tenant has defaulted under Sections 19(a) and 19(b) of the Lease (a copy of said Notice of Default is attached hereto, and is incorporated herein by reference as Exhibit "A").  Pursuant to Section 19 of the Lease, Landlord may terminate the Lease upon the happening of any one or more events of default.  Further, pursuant to Section 19 of the Lease, notwithstanding Landlord's termination of the Lease, the Tenant's liability for the Rent and any other sums due and owing under the Lease shall not be extinguished for the balance of the Term remaining.

**THEREFORE, TAKE NOTICE THAT LANDLORD HEREBY ELECTS TO TERMINATE THE LEASE.  NOTHING HEREIN IS, OR SHALL BE CONSTRUED AS, A WAIVER OF, AND LANDLORD EXPRESSLY RESERVES AND PRESERVES, ANY RIGHTS OF**

**ATTORNEYS**

Daniel G. Harrington*        Andrew G. Harrington        Darren M. Taylor        Kip R. Pope, *Of Counsel*
Patrick E. Harrington        Jeffrey D. Kramer        Chapin Rose        *Also Admitted in Florida*

Earl C. Harrington (1895-1981)  |  Thomas E. Harrington (1931-2012)



**LANDLORD UNDER THE LEASE, AT LAW, AND/OR IN EQUITY AND ANY ACTION TO ENFORCE THE RIGHTS OF THE LEASE BY LANDLORD SHALL INCLUDE RECOUPMENT OF ALL REASONABLE ATTORNEY'S FEES AND COURT COSTS.**

Respectfully,

_____

SREIT 4820 Indianapolis Drive, L.L.C., a Delaware limited liability company, by one of its attorneys

Enclosures:  Exhibit "A"







**Phone:** (217) 352-4167  |  **Fax:** (217) 352-8707  |  **Web:** harringtonlawllc.com

201 W. Springfield Avenue, Suite 601  |  P.O. Box 1550  |  Champaign, IL 61824-1550

Exhibit "A"

# Harrington Law

Phone: (217) 352-4167
Fax: (217) 352-8707

201 W. Springfield Avenue, Suite 601  |  P.O. Box 1550  |  Champaign, IL 61824-1550

harringtonlawllc.com

April 26, 2021

**OVERNIGHT COURIER**
Hyperikon, Inc.
Attn: Jan Brandrup
8515 Miramar Place
San Diego, CA  92121

## NOTICE OF DEFAULT

Our law firm represents SREIT 4820 Indianapolis Drive, L.L.C., a Delaware limited liability company ("Landlord") and its rights and interests under that certain Lease dated August 1, 2017 ("Lease"), by and between Indiana Becknell Investors 2011 LLC, as assumed by, and assigned to, Landlord, and Hyperikon, Inc., a California corporation ("Tenant") for certain real property commonly known as 4850 S. Indianapolis Rd., Whitestown, IN.  Capitalized terms not otherwise defined herein shall have the meaning give to them in the Lease.

Pursuant to Article 4, Tenant promised to pay Rent.  The Rent is to be paid by Tenant in full and without demand.  Tenant has failed to timely pay the full Base Rent and Additional Rent due for the month of April 2021 and has failed to timely make full Additional Rent payments for the months of January 2021 and February 2021 – all as more fully detailed on the attached Exhibit "A," which is incorporated herein by reference. Tenant is currently in default in the amount of $66,297.87.  Further and in addition to the foregoing sum, pursuant to Section 4, any Base Rent payable under the Lease that is not paid within ten (10) days of when it is due shall accrue interest at the rate of ten percent (10%) per annum until paid ("Interest") and the Tenant shall also pay a late charge equal to five percent (5%) of the amount then due ("Late Fee").

Pursuant to Article 19(a), any failure by Tenant to make any payment of Base Rent as required under the Lease for a period of ten (10) days after it is due is an event of Tenant default.  Further, pursuant to Section 19(b), any failure by Tenant to make any

**ATTORNEYS**

Daniel G. Harrington*       Andrew G. Harrington       Darren M. Taylor       Kip R. Pope, *Of Counsel*
Patrick E. Harrington       Jeffrey D. Kramer          Chapin Rose           *Also Admitted in Florida*

Earl C. Harrington (1895-1981)  |  Thomas E. Harrington (1931-2012)



payment required under the Lease for a period of ten (10) days after it is due, is a separate event of Tenant default.  Therefore, Tenant is in default under the Lease.

**ACCORDINGLY, LANDLORD HEREBY DEMANDS THAT TENANT IMMEDIATELY PAY ALL RENT NOW DUE AND OWING IN THE AMOUNT OF $66,297.87 TOGETHER WITH THE APPLICABLE INTEREST AND LATE FEE. NOTHING HEREIN IS, OR SHALL BE CONSTRUED AS, A WAIVER OF ANY RIGHTS OF LANDLORD AT LAW AND/OR IN EQUITY AND ANY ACTION TO ENFORCE THE RIGHTS OF THE LEASE BY LANDLORD SHALL INCLUDE RECOUPMENT OF ALL REASONABLE ATTORNEY'S FEES AND COURT COSTS.**

Respectfully,



SREIT 4820 Indianapolis Drive, L.L.C., a Delaware limited liability company, by one of its attorneys

Enclosures:  Exhibit "A"

**Harrington Law**



**Phone:** (217) 352-4167  |  **Fax:** (217) 352-8707  |  **Web:** harringtonlawllc.com
201 W. Springfield Avenue, Suite 601  |  P.O. Box 1550  |  Champaign, IL 61824-1550

Exhibit A

# Aging Detail

DB Caption: LIVE    Property: p1301073 Tenant: 10000404

Status: Current, Past, Future    Age As Of: 04/30/2021    Post To: 04/2021

Property — Customer Lease

IN-Whitestown-4750 Indianapolis (p1301073)

Hyperlion, Inc. IN (0000404)

| Property | Status | Tranf | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Hyperlion, Inc. IN | Current | C-87788 | utilbil | 01/04/2021 | 01/2021 | 1,851.57 | 0.00 | | | 1,851.57 | | 1,851.57 |
| Hyperlion, Inc. IN | Current | C-89096 | utilbil | 02/02/2021 | 02/2021 | 2,380.00 | 0.00 | | 2,380.00 | | | 2,380.00 |
| Hyperlion, Inc. IN | Current | C-90821 | camest | 04/01/2021 | 04/2021 | 2,746.78 | 2,746.78 | 0.00 | 0.00 | 0.00 | 0.00 | 2,746.78 |
| Hyperlion, Inc. IN | Current | C-90822 | inssel | 04/01/2021 | 04/2021 | 901.75 | 901.75 | 0.00 | 0.00 | 0.00 | 0.00 | 901.75 |
| Hyperlion, Inc. IN | Current | C-90823 | inssel | 04/01/2021 | 04/2021 | 46,360.00 | 46,360.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46,360.00 |
| Hyperlion, Inc. IN | Current | C-90824 | rentbase | 04/01/2021 | 04/2021 | 1,390.80 | 1,390.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1,390.80 |
| Hyperlion, Inc. IN | Current | C-90825 | feemgmt | 04/01/2021 | 04/2021 | 5,970.65 | 5,970.65 | 0.00 | 0.00 | 0.00 | 0.00 | 5,970.65 |
| Hyperlion, Inc. IN | Current | C-90826 | retexst | 04/12/2021 | 04/2021 | 1,373.46 | 1,373.46 | 0.00 | 0.00 | 0.00 | 0.00 | 1,373.46 |
| Hyperlion, Inc. IN | Current | C-93166 | utilbil | 04/12/2021 | 04/2021 | 1,373.49 | 1,373.49 | 0.00 | 0.00 | 0.00 | 0.00 | 1,373.49 |
| Hyperlion, Inc. IN | Current | C-93167 | utilbil | 04/12/2021 | 04/2021 | 3,322.63 | 3,322.63 | 0.00 | 0.00 | 0.00 | 0.00 | 3,322.63 |
| p1301073 | | | | | | 66,297.87 | 62,066.30 | 0.00 | 2,380.00 | 1,851.57 | 0.00 | 66,297.87 |
| Grand Total | | | | | | 66,297.87 | 62,066.30 | 0.00 | 2,380.00 | 1,851.57 | 0.00 | 66,297.87 |

# **EXHIBIT 9**



HARRINGTON LAW LLC
2173524167
201 WEST SPRINGFIELD AVENUE
CHAMPAIGN IL 61820

**LTR**                                    **1 OF 1**

**SHIP TO:**
ATTN: JAN BRANDRUP
HYPERIKON INC.
8515 MIRAMAR PLACE
**SAN DIEGO  CA  92121**

## CA 921 9-07

**UPS NEXT DAY AIR**                    **1**

TRACKING #: 1Z F37 23X 24 9032 7831

BILLING: P/P
SIGNATURE REQUIRED

Reference No.1: 41301073

XOL 21.05.03        NV45 45.0A 04/2021*

5/26/2021

1/1

Your shipment
**1ZF3723X2490327831**

Estimated delivery
Check back tomorrow for an updated delivery
date.

Label Created

Shipped

Returning to Sender

Return

**Return To**
HARRINGTON & TOCK
201 W SPRINGFIELD AVE
CHAMPAIGN, IL 61820 US

**Last Updated:** 05/26/2021 4:21 P.M. EST

**Tracking Number**
1ZF3723X2490327831

**Service**
UPS 3 Day Select®

**Alternate Tracking Number(s)**
1ZF3723X1290327836

**Shipment Category**
Package

**Reference Number(s)**
41301073

**Shipped / Billed On**
04/30/2021

**Last Updated:** 05/26/2021 4:21 P.M. EST

| | |
|---|---|
| 05/10/2021<br>3:45 P.M. | **Returning to Sender**<br>The company or receiver name is incorrect. This will delay delivery. We're attempting to update this information. / The package will be returned to the sender.<br>San Diego, CA, United States |
| 05/03/2021<br>6:59 P.M. | The company or receiver name is incorrect. This will delay delivery. We're attempting to update this information.<br>San Diego, CA, United States |
| 05/03/2021<br>10:24 A.M. | The company or receiver name is incorrect. This will delay delivery. We're attempting to update this information.<br>San Diego, CA, United States |
| 05/03/2021<br>4:27 A.M. | Processing at UPS Facility<br>San Diego, CA, United States |
| 05/02/2021<br>11:00 P.M. | Arrived at Facility<br>San Diego, CA, United States |
| 05/02/2021<br>9:46 P.M. | Departed from Facility<br>Ontario, CA, United States |
| 05/02/2021<br>4:43 P.M. | Arrived at Facility<br>Ontario, CA, United States |
| 05/02/2021<br>3:38 P.M. | Departed from Facility<br>Louisville, KY, United States |
| 05/02/2021<br>11:24 A.M. | Arrived at Facility<br>Louisville, KY, United States |
| 05/02/2021<br>6:56 A.M. | Departed from Facility<br>Danville, IL, United States |

| 05/01/2021<br>7:37 A.M. | Arrived at Facility<br>Danville, IL, United States |
|---|---|
| 04/30/2021<br>11:59 P.M. | Departed from Facility<br>Danville, IL, United States |
| 04/30/2021<br>10:00 P.M. | Departed from Facility<br>Urbana, IL, United States |
| 04/30/2021<br>8:09 P.M. | Origin Scan<br>Urbana, IL, United States |
| 04/30/2021<br>6:57 P.M. | **Shipped**<br>Pickup Scan<br>Urbana, IL, United States |
| 04/30/2021<br>11:00 A.M. | **Label Created**<br>Shipper created a label, UPS has not received the package yet.<br>United States |

# <u>EXHIBIT 10</u>

From: Chapin Rose <cr@harringtonlawllc.com>
Date: 4/30/21 4:33 PM (GMT-06:00)
To: aak@hyperikon.com
Cc: Patrick Harrington <patrick@harringtonlawllc.com>, Tammy Vallee <tvallee@becknellindustrial.com>
Subject: Notice of Lease Termination - 4850 S. Indianapolis Rd., Whitestown, IN

Mr. Kamergorodsky,

We represent SREIT 4820 Indianapolis Drive, L.L.C., a Delaware limited liability company, as successor in interest to Indiana Becknell Investors 2011 LLC, with respect to our client's interests and rights pursuant to that that certain Lease dated August 1, 2017, by and between our client, as lessor, and Hyperikon, Inc., as lessee.

Please see the attached:

1. Notice of Termination of Lease; and,
2. Section 5 Notice of Lease Termination.

Best Regards,

**Chapin Rose**

Phone: (217) 352-4167 | Fax: (217) 352-8707

201 W. Springfield Avenue, Suite 601 | P.O. Box 1550 |
Champaign, IL 61824-1550

Website | Email



**From:** copier@harringtonlawllc.com <copier@harringtonlawllc.com>
**Sent:** Friday, April 30, 2021 3:40 PM
**To:** Chapin Rose <cr@harringtonlawllc.com>
**Subject:** Message from KM_C458



# Harrington Law

Phone: (217) 352-4167
Fax: (217) 352-8707

201 W. Springfield Avenue, Suite 601  |  P.O. Box 1550  |  Champaign, IL 61824-1550          harringtonlawllc.com

April 30, 2021

Hyperikon, Inc.
Attn: Jan Brandrup
8515 Miramar Place
San Diego, CA  92121

*SENT VIA OVERNIGHT DELIVERY.*

RE:  That certain Lease dated August 1, 2017 ("Lease"), by and between SREIT 4820 Indianapolis Drive, L.L.C., a Delaware limited liability company, as successor in interest to Indiana Becknell Investors 2011 LLC ("Landlord"), and Hyperikon, Inc., a California corporation ("Tenant"), for a portion of that certain real property commonly known as 4850 S. Indianapolis Rd., Whitestown, IN.    Capitalized terms not defined herein shall have the meanings set forth in the Lease.

Dear Ms. Brandrup:

## <u>NOTICE OF LEASE TERMINATION</u>

Our law firm represents Landlord and its rights and interests under the Lease. Tenant has previously been advised that Tenant has defaulted under Sections 19(a) and 19(b) of the Lease (a copy of said Notice of Default is attached hereto, and is incorporated herein by reference as Exhibit "A").  Pursuant to Section 19 of the Lease, Landlord may terminate the Lease upon the happening of any one or more events of default.  Further, pursuant to Section 19 of the Lease, notwithstanding Landlord's termination of the Lease, the Tenant's liability for the Rent and any other sums due and owing under the Lease shall not be extinguished for the balance of the Term remaining.

**THEREFORE, TAKE NOTICE THAT LANDLORD HEREBY ELECTS TO TERMINATE THE LEASE.  NOTHING HEREIN IS, OR SHALL BE CONSTRUED AS, A WAIVER OF, AND LANDLORD EXPRESSLY RESERVES AND PRESERVES, ANY RIGHTS OF**

---

**ATTORNEYS**

Daniel G. Harrington*          Andrew G. Harrington          Darren M. Taylor          Kip R. Pope, *Of Counsel*
Patrick E. Harrington          Jeffrey D. Kramer              Chapin Rose              *Also Admitted in Florida*

Earl C. Harrington (1895-1981)  |  Thomas E. Harrington (1931-2012)



**LANDLORD UNDER THE LEASE, AT LAW, AND/OR IN EQUITY AND ANY ACTION TO ENFORCE THE RIGHTS OF THE LEASE BY LANDLORD SHALL INCLUDE RECOUPMENT OF ALL REASONABLE ATTORNEY'S FEES AND COURT COSTS.**

Respectfully,

_____

SREIT 4820 Indianapolis Drive, L.L.C., a Delaware limited liability company, by one of its attorneys

Enclosures:  Exhibit "A"

 Harrington Law

**Phone:** (217) 352-4167  |  **Fax:** (217) 352-8707  |  **Web:** harringtonlawllc.com

201 W. Springfield Avenue, Suite 601  |  P.O. Box 1550  |  Champaign, IL 61824-1550



Exhibit "A"

# Harrington Law

Phone: (217) 352-4167
Fax: (217) 352-8707

201 W. Springfield Avenue, Suite 601  |  P.O. Box 1550  |  Champaign, IL 61824-1550

harringtonlawllc.com

April 26, 2021

**OVERNIGHT COURIER**
Hyperikon, Inc.
Attn: Jan Brandrup
8515 Miramar Place
San Diego, CA  92121

## NOTICE OF DEFAULT

Our law firm represents SREIT 4820 Indianapolis Drive, L.L.C., a Delaware limited liability company ("Landlord") and its rights and interests under that certain Lease dated August 1, 2017 ("Lease"), by and between Indiana Becknell Investors 2011 LLC, as assumed by, and assigned to, Landlord, and Hyperikon, Inc., a California corporation ("Tenant") for certain real property commonly known as 4850 S. Indianapolis Rd., Whitestown, IN.  Capitalized terms not otherwise defined herein shall have the meaning give to them in the Lease.

Pursuant to Article 4, Tenant promised to pay Rent.  The Rent is to be paid by Tenant in full and without demand.  Tenant has failed to timely pay the full Base Rent and Additional Rent due for the month of April 2021 and has failed to timely make full Additional Rent payments for the months of January 2021 and February 2021 – all as more fully detailed on the attached Exhibit "A," which is incorporated herein by reference.  Tenant is currently in default in the amount of **$66,297.87**.  Further and in addition to the foregoing sum, pursuant to Section 4, any Base Rent payable under the Lease that is not paid within ten (10) days of when it is due shall accrue interest at the rate of ten percent (10%) per annum until paid ("Interest") and the Tenant shall also pay a late charge equal to five percent (5%) of the amount then due ("Late Fee").

Pursuant to Article 19(a), any failure by Tenant to make any payment of Base Rent as required under the Lease for a period of ten (10) days after it is due is an event of Tenant default.  Further, pursuant to Section 19(b), any failure by Tenant to make any

**ATTORNEYS**

Daniel G. Harrington*       Andrew G. Harrington       Darren M. Taylor       Kip R. Pope, *Of Counsel*
Patrick E. Harrington       Jeffrey D. Kramer       Chapin Rose       *Also Admitted in Florida*

Earl C. Harrington (1895-1981)  |  Thomas E. Harrington (1931-2012)



payment required under the Lease for a period of ten (10) days after it is due, is a separate event of Tenant default.  Therefore, Tenant is in default under the Lease.

**ACCORDINGLY, LANDLORD HEREBY DEMANDS THAT TENANT IMMEDIATELY PAY ALL RENT NOW DUE AND OWING IN THE AMOUNT OF $66,297.87 TOGETHER WITH THE APPLICABLE INTEREST AND LATE FEE. NOTHING HEREIN IS, OR SHALL BE CONSTRUED AS, A WAIVER OF ANY RIGHTS OF LANDLORD AT LAW AND/OR IN EQUITY AND ANY ACTION TO ENFORCE THE RIGHTS OF THE LEASE BY LANDLORD SHALL INCLUDE RECOUPMENT OF ALL REASONABLE ATTORNEY'S FEES AND COURT COSTS.**

Respectfully,



SREIT 4820 Indianapolis Drive, L.L.C., a Delaware limited liability company, by one of its attorneys

Enclosures:  Exhibit "A"

**(H) Harrington Law**



**Phone:** (217) 352-4167  |  **Fax:** (217) 352-8707  |  **Web:** harringtonlawllc.com
201 W. Springfield Avenue, Suite 601  |  P.O. Box 1550  |  Champaign, IL 61824-1550

Exhibit A

# Aging Detail

DB Caption : LIVE    Property: p1301073 Tenant: 10000404    Status: Current, Past, Future    Age As Of: 04/30/2021    Post To: 04/2021

**Property    Customer    Lease**

IN-Whitestown-4750 Indianapolis (p1301073)

Hyperlion, Inc. IN (0000404)

| | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | 90 Over Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| p1301073    Hyperlion, Inc. IN | Current | C-87788 | utilest | 01/04/2021 | 01/2021 | 1,851.57 | 0.00 | | | 1,851.57 | | 1,851.57 |
| p1301073    Hyperlion, Inc. IN | Current | C-89096 | utilest | 02/02/2021 | 02/2021 | 2,380.00 | 0.00 | | 2,380.00 | | | 2,380.00 |
| p1301073    Hyperlion, Inc. IN | Current | C-90821 | earnest | 04/01/2021 | 04/2021 | 2,746.78 | 2,746.78 | 0.00 | 0.00 | 0.00 | 0.00 | 2,746.78 |
| p1301073    Hyperlion, Inc. IN | Current | C-90822 | earnest | 04/01/2021 | 04/2021 | 901.75 | 901.75 | 0.00 | 0.00 | 0.00 | 0.00 | 901.75 |
| p1301073    Hyperlion, Inc. IN | Current | C-90823 | leasel | 04/01/2021 | 04/2021 | 46,360.00 | 46,360.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46,360.00 |
| p1301073    Hyperlion, Inc. IN | Current | C-90824 | rentbase | 04/01/2021 | 04/2021 | 1,390.80 | 1,390.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1,390.80 |
| p1301073    Hyperlion, Inc. IN | Current | C-90825 | feemgmt | 04/01/2021 | 04/2021 | 5,970.65 | 5,970.65 | 0.00 | 0.00 | 0.00 | 0.00 | 5,970.65 |
| p1301073    Hyperlion, Inc. IN | Current | C-93166 | retaxest | 04/12/2021 | 04/2021 | 1,373.49 | 1,373.49 | 0.00 | 0.00 | 0.00 | 0.00 | 1,373.49 |
| p1301073    Hyperlion, Inc. IN | Current | C-93167 | utilest | 04/12/2021 | 04/2021 | 3,322.83 | 3,322.83 | 0.00 | 0.00 | 0.00 | 0.00 | 3,322.83 |
| p1301073 | | | | | | 66,297.87 | 62,066.30 | 0.00 | 2,380.00 | 1,851.57 | 0.00 | 66,297.87 |
| **Grand Total** | | | | | | 66,297.87 | 62,066.30 | 0.00 | 2,380.00 | 1,851.57 | 0.00 | 66,297.87 |

Userid : pdicoosda Date : 4/26/2021 Time : 9:24 AM



# Harrington Law

**Phone:** (217) 352-4167
**Fax:** (217) 352-8707

201 W. Springfield Avenue, Suite 601 | P.O. Box 1550 | Champaign, IL 61824-1550        **harringtonlawllc.com**

April 30, 2021

HomeGoods, Inc.
Attn: Vice President – Real Estate
770 Cochituate Road
PO Box 9357
Framingham, MA 01701

Hyperikon, Inc.
Attn: Chief Operating Officer
707 Broadway, Suite 800
San Diego, CA 92101

With copy to:

HomeGoods Inc.
Attn: Vice President Legal – Real Estate
770 Cochituate Road
PO Box 9357
Framingham, MA 01701

Hyperikon, Inc.
Attn: Jan Brandrup
8515 Miramar Place
San Diego, CA 92121

*SENT VIA OVERNIGHT DELIVERY.*

RE: That certain Consent to Sublease Lease dated November 2, 2020 ("Consent to Sublease") in which SREIT 4820 Indianapolis Drive, L.L.C., a Delaware limited liability company ("Landlord"), consented to that certain Sublease dated November 2, 2020, by and between Hyperikon, Inc., a California corporation, as sublessor ("Sublessor"), and HomeGoods Inc., a Delaware corporation, as subtenant ("Subtenant") ("Sublease"), for a portion of that certain real property commonly known as 4850 S. Indianapolis Rd., Whitestown, IN. Capitalized terms not defined herein shall have the meanings set forth in the Consent to Sublease.

To Whom it May Concern:

## <u>SECTION 5 NOTICE OF LEASE TERMINATION</u>

Our law firm represents Landlord and its rights and interests under the Consent to Sublease. Pursuant to Section 5 of the Consent to Sublease, if the term of the Lease shall be terminated prior to the expiration of the term of the Sublease, Subtenant is obligated

**ATTORNEYS**

Daniel G. Harrington*        Andrew G. Harrington        Darren M. Taylor        Kip R. Pope, *Of Counsel*
Patrick E. Harrington        Jeffrey D. Kramer        Chapin Rose        *Also Admitted in Florida

Earl C. Harrington (1895-1981) | Thomas E. Harrington (1931-2012)



to pay rent and additional rent to Landlord pursuant to the terms and conditions of the Sublease.

**PURSUANT TO SECTION 5 OF THE CONSENT TO SUBLEASE, NOTICE IS HEREBY GIVEN THAT LANDLORD HAS TERMINATED THE LEASE (A COPY OF THE NOTICE OF LEASE TERMINATION IS ATTACHED HERETO, AND IS INCORPORTAED HEREIN BY REFERENCE, AS EXHIBIT "A").  THEREFORE, SUBTENANT SHALL PAY ALL FUTURE RENT AND ADDITIONAL RENT PAYMENTS DUE UNDER THE SUBLEASE DIRECT TO LANDLORD.**

**Please note that our client's asset management team will contact you separately to provide written payment instructions.**

**NOTHING HEREIN IS, OR SHALL BE CONSTRUED AS, A WAIVER OF, AND LANDLORD EXPRESSLY RESERVES AND PRESERVES, ANY RIGHTS OF LANDLORD UNDER THE LEASE, CONSENT TO SUBLEASE, AT LAW, AND/OR IN EQUITY AND ANY ACTION TO ENFORCE THE RIGHTS OF THE LEASE AND/OR THE CONSENT TO SUBLEASE BY LANDLORD SHALL INCLUDE RECOUPMENT OF ALL REASONABLE ATTORNEY'S FEES AND COURT COSTS.**

Respectfully,

SREIT 4820 Indianapolis Drive, L.L.C., a Delaware limited liability company, by one of its attorneys

Enclosures:  Exhibit "A"


Harrington Law

**Phone:** (217) 352-4167  |  **Fax:** (217) 352-8707  |  **Web:** harringtonlawllc.com
201 W. Springfield Avenue, Suite 601  |  P.O. Box 1550  |  Champaign, IL 61824-1550



Exhibit "A"

 **Harrington Law**

Phone: (217) 352-4167
Fax: (217) 352-8707

201 W. Springfield Avenue, Suite 601  |  P.O. Box 1550  |  Champaign, IL 61824-1550          harringtonlawllc.com

April 30, 2021

Hyperikon, Inc.
Attn: Jan Brandrup
8515 Miramar Place
San Diego, CA  92121

*SENT VIA OVERNIGHT DELIVERY.*

RE:  That certain Lease dated August 1, 2017 ("Lease"), by and between SREIT 4820 Indianapolis Drive, L.L.C., a Delaware limited liability company, as successor in interest to Indiana Becknell Investors 2011 LLC ("Landlord"), and Hyperikon, Inc., a California corporation ("Tenant"), for a portion of that certain real property commonly known as 4850 S. Indianapolis Rd., Whitestown, IN.    Capitalized terms not defined herein shall have the meanings set forth in the Lease.

Dear Ms. Brandrup:

## **NOTICE OF LEASE TERMINATION**

Our law firm represents Landlord and its rights and interests under the Lease. Tenant has previously been advised that Tenant has defaulted under Sections 19(a) and 19(b) of the Lease (a copy of said Notice of Default is attached hereto, and is incorporated herein by reference as Exhibit "A").  Pursuant to Section 19 of the Lease, Landlord may terminate the Lease upon the happening of any one or more events of default.  Further, pursuant to Section 19 of the Lease, notwithstanding Landlord's termination of the Lease, the Tenant's liability for the Rent and any other sums due and owing under the Lease shall not be extinguished for the balance of the Term remaining.

**THEREFORE, TAKE NOTICE THAT LANDLORD HEREBY ELECTS TO TERMINATE THE LEASE.  NOTHING HEREIN IS, OR SHALL BE CONSTRUED AS, A WAIVER OF, AND LANDLORD EXPRESSLY RESERVES AND PRESERVES, ANY RIGHTS OF**

**ATTORNEYS**

Daniel G. Harrington*      Andrew G. Harrington      Darren M. Taylor      Kip R. Pope, *Of Counsel*
Patrick E. Harrington      Jeffrey D. Kramer      Chapin Rose      *Also Admitted in Florida*

Earl C. Harrington (1895-1981)  |  Thomas E. Harrington (1931-2012)



**LANDLORD UNDER THE LEASE, AT LAW, AND/OR IN EQUITY AND ANY ACTION TO ENFORCE THE RIGHTS OF THE LEASE BY LANDLORD SHALL INCLUDE RECOUPMENT OF ALL REASONABLE ATTORNEY'S FEES AND COURT COSTS.**

Respectfully,

_____

SREIT 4820 Indianapolis Drive, L.L.C., a Delaware limited liability company, by one of its attorneys

Enclosures:  Exhibit "A"





Phone: (217) 352-4167  |  Fax: (217) 352-8707  |  Web: harringtonlawllc.com

201 W. Springfield Avenue, Suite 601  |  P.O. Box 1550  |  Champaign, IL 61824-1550

Exhibit "A"



**Harrington Law**

Phone: (217) 352-4167
Fax: (217) 352-8707

201 W. Springfield Avenue, Suite 601  |  P.O. Box 1550  |  Champaign, IL 61824-1550

**harringtonlawllc.com**

April 26, 2021

**OVERNIGHT COURIER**
Hyperikon, Inc.
Attn: Jan Brandrup
8515 Miramar Place
San Diego, CA 92121

## NOTICE OF DEFAULT

Our law firm represents SREIT 4820 Indianapolis Drive, L.L.C., a Delaware limited liability company ("Landlord") and its rights and interests under that certain Lease dated August 1, 2017 ("Lease"), by and between Indiana Becknell Investors 2011 LLC, as assumed by, and assigned to, Landlord, and Hyperikon, Inc., a California corporation ("Tenant") for certain real property commonly known as 4850 S. Indianapolis Rd., Whitestown, IN.  Capitalized terms not otherwise defined herein shall have the meaning give to them in the Lease.

Pursuant to Article 4, Tenant promised to pay Rent.  The Rent is to be paid by Tenant in full and without demand.  Tenant has failed to timely pay the full Base Rent and Additional Rent due for the month of April 2021 and has failed to timely make full Additional Rent payments for the months of January 2021 and February 2021 – all as more fully detailed on the attached Exhibit "A," which is incorporated herein by reference. Tenant is currently in default in the amount of <u>**$66,297.87**</u>.  Further and in addition to the foregoing sum, pursuant to Section 4, any Base Rent payable under the Lease that is not paid within ten (10) days of when it is due shall accrue interest at the rate of ten percent (10%) per annum until paid ("Interest") and the Tenant shall also pay a late charge equal to five percent (5%) of the amount then due ("Late Fee").

Pursuant to Article 19(a), any failure by Tenant to make any payment of Base Rent as required under the Lease for a period of ten (10) days after it is due is an event of Tenant default.  Further, pursuant to Section 19(b), any failure by Tenant to make any

**ATTORNEYS**

Daniel G. Harrington*      Andrew G. Harrington      Darren M. Taylor      Kip R. Pope, *Of Counsel*
Patrick E. Harrington      Jeffrey D. Kramer        Chapin Rose        *Also Admitted in Florida*

Earl C. Harrington (1895-1981)  |  Thomas E. Harrington (1931-2012)



payment required under the Lease for a period of ten (10) days after it is due, is a separate event of Tenant default.  Therefore, Tenant is in default under the Lease.

**ACCORDINGLY, LANDLORD HEREBY DEMANDS THAT TENANT IMMEDIATELY PAY ALL RENT NOW DUE AND OWING IN THE AMOUNT OF $66,297.87 TOGETHER WITH THE APPLICABLE INTEREST AND LATE FEE. NOTHING HEREIN IS, OR SHALL BE CONSTRUED AS, A WAIVER OF ANY RIGHTS OF LANDLORD AT LAW AND/OR IN EQUITY AND ANY ACTION TO ENFORCE THE RIGHTS OF THE LEASE BY LANDLORD SHALL INCLUDE RECOUPMENT OF ALL REASONABLE ATTORNEY'S FEES AND COURT COSTS.**

Respectfully,



SREIT 4820 Indianapolis Drive, L.L.C., a Delaware limited liability company, by one of its attorneys

Enclosures:  Exhibit "A"

**Harrington Law**



**Phone:** (217) 352-4167  |  **Fax:** (217) 352-8707  |  **Web:** harringtonlawllc.com

201 W. Springfield Avenue, Suite 601  |  P.O. Box 1550  |  Champaign, IL 61824-1550

Exhibit A

# Aging Detail

DB Caption: LIVE  Property: p1301073  Tenant: I0000404  Status: Current, Past, Future  Age As Of 04/30/2021  Post To: 04/2021

Page 1

| Property | Customer Lease | Status | Transf | Charge Code | Date Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **IN+Whitestown-4750 Indianapolis (p1301073)** | | | | | | | | | | | | |
| **Hyperikon, Inc. IN (I0000404)** | | | | | | | | | | | | |
| p1301073 | Hyperikon, Inc. IN | Current | C-87788 | utilest | 01/04/2021 01/2021 | 1,851.57 | 0.00 | | | 1,851.57 | | 1,851.57 |
| p1301073 | Hyperikon, Inc. IN | Current | C-89096 | utilest | 02/20/2021 02/2021 | 2,380.00 | 0.00 | | 2,380.00 | | | 2,380.00 |
| p1301073 | Hyperikon, Inc. IN | Current | C-90821 | camest | 04/01/2021 04/2021 | 2,746.78 | 2,746.78 | 0.00 | 0.00 | 0.00 | 0.00 | 2,746.78 |
| p1301073 | Hyperikon, Inc. IN | Current | C-90822 | insest | 04/01/2021 04/2021 | 901.75 | 901.75 | 0.00 | 0.00 | 0.00 | 0.00 | 901.75 |
| p1301073 | Hyperikon, Inc. IN | Current | C-90823 | rentbase | 04/01/2021 04/2021 | 46,360.00 | 46,360.00 | 0.00 | 0.00 | 0.00 | 0.00 | 46,360.00 |
| p1301073 | Hyperikon, Inc. IN | Current | C-90824 | feemgmt | 04/01/2021 04/2021 | 1,390.80 | 1,390.80 | 0.00 | 0.00 | 0.00 | 0.00 | 1,390.80 |
| p1301073 | Hyperikon, Inc. IN | Current | C-90825 | retxest | 04/01/2021 04/2021 | 5,970.65 | 5,970.65 | 0.00 | 0.00 | 0.00 | 0.00 | 5,970.65 |
| p1301073 | Hyperikon, Inc. IN | Current | C-93166 | retxest | 04/12/2021 04/2021 | 1,373.49 | 1,373.49 | 0.00 | 0.00 | 0.00 | 0.00 | 1,373.49 |
| p1301073 | Hyperikon, Inc. IN | Current | C-93167 | utilest | 04/12/2021 04/2021 | 3,322.83 | 3,322.83 | 0.00 | 0.00 | 0.00 | 0.00 | 3,322.83 |
| | Hyperikon, Inc. IN | | | | | 66,297.87 | 62,066.30 | 0.00 | 2,380.00 | 1,851.57 | 0.00 | 66,297.87 |
| p1301073 | | | | | | 66,297.87 | 62,066.30 | 0.00 | 2,380.00 | 1,851.57 | 0.00 | 66,297.87 |
| **Grand Total** | | | | | | 66,297.87 | 62,066.30 | 0.00 | 2,380.00 | 1,851.57 | 0.00 | 66,297.87 |

Userid : pdicoxda Date : 4/26/2021 Time : 9:24 AM

Monday, April 26, 2021
09:24 AM