# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---|---|
| **Debtor:** | HYPERIKON, INC. |
| **Case Number:** | 21-01776-LT7  **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, MAY 27, 2021 02:00 PM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | RUSSELL PALUSO |
| **Reporter / ECR:** | JENNIFER GIBSON |

### Matters:

1) EMERGENCY MOTION TO COMPEL PAYMENT UNDER 11 U.S.C. 365(D)(3) OR, IN THE ALTERNATIVE, PROVIDE ADEQUATE PROTECTION UNDER 363(E) FILED ON BEHALF OF SREIT 4820 INDIANAPOLIS DRIVE, L.L.C.

2) EMERGENCY MOTION FOR RELIEF FROM STAY, RS # JJB-1  FILED ON BEHALF OF SREIT 4820 INDIANAPOLIS DRIVE, L.L.C.

### Appearances:

ROBERTA ROBINSON, ATTORNEY FOR LEONARD ACKERMAN, CHAPTER 7 TRUSTEE (video)
LEONARD ACKERMAN, CHAPTER 7 TRUSTEE, PRESENT (video)
MARK SOMERSTEIN, ATTORNEY FOR HOME GOODS INC. (video)
JONATHAN SUNDHEIMER, ATTORNEY FOR SREIT 4820 INDIANAPOLIS DRIVE, LLC (video)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

(continue).. **21-01776-LT7**     **THURSDAY, MAY 27, 2021 02:00 PM**

<u>**Disposition:**</u>

1-2) Continued to 6/10/21 at 2:00 p.m.

The Court instructed Home Goods Inc. to pay the June payment, within the 10 day grace period, to the Landlord and to be held in their attorney trust account as stated on the record. The Landlord will provide the wire instructions for payment to Home Goods Inc. as stated on the record.

Order to be submitted by Mr. Sundheimer.

The Court instructed the parties to have a resolution of the may payment issue by 6/10/21 as stated on the record.

The parties are to meet and confer regarding the practical solution to the may payment issue as set forth on the record. Additional documentation regarding why there hasn't been a resolution and the disputed views as to what to do about it should be filed by noon, pacific time, on 6/8/21 as stated on the record.