CSD 1100 [12/01/2020] (Page 1 of 3)
Name, Address, Telephone No. & I.D. No.
THOMPSON COBURN LLP
DAVID A. WARFIELD, (Pro Hac Vice)
dwarfield@thompsoncoburn.com
One US Bank Plaza
St. Louis, Missouri 63101
Tel: 314.552.6079 / Fax: 314.552.7000
Attorneys for Debtor Hyperikon, Inc.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### 325 West F Street, San Diego, California 92101-6991

In Re

HYPERIKON, INC.

BANKRUPTCY NO. 21-01776-LT-7

Debtor.

## AMENDMENT

Presented are the original and one conformed copy of the following [Check one or more boxes as appropriate]:

- ☐ Voluntary Petition
- ☐ Attachment to Chapter 11 Voluntary Petition for Non-Individuals
- ☐ Exhibit C: Attachment to Voluntary Petition B 1
- ☐ Summary of Schedules (Includes Statistical Summary of Certain Liabilities)
- ☐ Summary of Your Assets and Liabilities and Certain Statistical Information
- ☒ Schedule of Real and/or Personal Property
- ☐ Schedule of Property Claimed Exempt for Individuals
- ☒ Creditors Holding Claims Secured by Property, Creditors Who Have Unsecured Priority and/or Non-priority Claims, and/or Matrix, and/or list of Creditors or Equity Holders - REQUIRES COMPLIANCE WITH LOCAL RULE 1009
    - ☒ Adding or deleting creditors (electronic media), changing amounts owed or classification of debt - $32.00 fee required. See instructions on reverse side.
    - ☐ Correcting or deleting other information. See instructions on reverse side.
- ☐ Schedule of Executory Contracts & Expired Leases
- ☐ Schedule of Co-Debtor
- ☐ Income of Individual Debtor(s)
- ☐ Expenses of Individual Debtor(s)
- ☐ Expenses for Separate Household of Debtor 2
- ☐ Statement of Financial Affairs
- ☐ Chapter 7 Statement of Your Current Monthly Income
- ☐ Chapter 7 Statement of Exemption from Presumption of Abuse Under § 707(b)(2)
- ☐ Chapter 7 Means Test Calculation
- ☐ Chapter 11 Statement of Your Current Monthly Income
- ☐ Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period:
- ☐ Chapter 13 Calculation of Your Disposable Income
- ☐ Other:

Dated:    June 7, 2021

Signature    /s/ David A. Warfield

Attorney for Debtor

CSD 1100

CSD 1100 (Page 2 of 3) [12/01/2020]

## DECLARATION OF DEBTOR

I [We]  Alexander Brandrup, CEO of   and   Hyperikon, Inc.   , the debtor(s), hereby
declare under penalty of perjury that the information set forth in the amendment attached hereto, consisting of ___
pages, and on the creditor matrix electronic media, if any, is true and correct to the best of my [our] information and belief.

Dated: June 7, 2021

_____          _____
*Debtor                            *Joint Debtor

*If filed electronically, pursuant to LBR 5005-4(C), the original debtor signature(s) in a scanned format is required.

## INSTRUCTIONS

A.   Each amended page is to be in the same form as the original but is to contain **only the information to be
     changed or added**. Pages from the original document which are not affected by the change are <u>not</u> to be
     attached.
   1.   Before each entry, specify the purpose of the amendment by inserting:
        a.   "ADDED," if the information was missing from the previous document filed; or
        b.   "CORRECTED," if the information modifies previously listed information; or
        c.   "DELETED," if previously listed information is to be removed.
   2.   At the bottom of each page, insert the word "AMENDED."
   3.   Attach all pages to the cover page and, *if a Chapter 7, 11, or 12 case*, serve a copy on the United States
        Trustee, trustee (if any) and/or the members of a creditors' committee. *If a Chapter 13 case*, serve a copy on
        the trustee; <u>DO NOT</u> serve a copy on the United States Trustee.
B.   Comply with Local Bankruptcy Rule 1009 when adding or correcting the names and/or addresses of creditors
     (electronic media required when Amendment submitted on paper) or if altering the status or amount of a claim.

**Amendments that fail to follow these instructions may be refused.**
**\*\*Amendments filed <u>after</u> the case is closed are not entitled to a refund of fees\*\***

## PROOF OF SERVICE

I, whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

I served a true copy of this **Amendment** on the following persons listed below via the following method(s):

1.   **To Be Served by the Court via Notice of Electronic Filing ("NEF"):**

     Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court
via NEF and hyperlink to the document. On   June 7, 2021   , I checked the CM/ECF docket for this
bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice
List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

schristianson@Buchalter.com; cmcintire@buchalter.com; tiffany.l.carroll@usdoj.gov; Abram.s.feinstein@usdoj.gov;
Roerta S. Robinson: RRobinson@kirbymac.com; jwilson@kirbymac.com; dkirby@kirbymac.com; Leonard J. Ackerman;
ljabkatty@gmail.com; lja@trustesolutions.net

☐   Chapter 7 Trustee:

☐   For Chpt. 7, 11, & 12 cases:        ☐   For ODD numbered Chapter 13 cases:   ☐   For EVEN numbered Chapter 13 cases:
    UNITED STATES TRUSTEE                    THOMAS H. BILLINGSLEA, JR., TRUSTEE       DAVID L. SKELTON, TRUSTEE
    ustp.region15@usdoj.gov                  Billingslea@thb.coxatwork.com            admin@ch13.sdcoxmail.com
                                                                                      dskelton13@ecf.epiqsystems.com

CSD 1100

CSD 1100 (Page 3 of 3) [12/01/2020]

2.      **Served by United States Mail:**

On   June 7, 2021   , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

See Attached List of Parties Served on June 7, 2021

3.      **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail:**

Under Fed.R.Civ.P.5 and controlling LBR, on   _____   , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery, and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on   June 7, 2021   
(Date)

/s/ David A. Warfield
(Typed Name and Signature)

Thompson Coburn LLP, One US Bank Plaza
(Address)

St. Louis, MO 63101
(City, State, ZIP Code)

CSD 1100

### Summary of Changes to Schedule B of Hyperikon, Inc.
### Case No. 21-01776

1.      Schedule B(47) is amended to delete the Toyota Prius Plugin and to add a 2019 Volkswagen Jetta.

2.      Schedule B(50) is amended to add the following forklifts: Toyota Forklift Model 8FBE20U, s/n 14653 and three (3) Toyota forklift Model 9BRU23, with s/n 38020, 38021, and 38018 (all subject to Toyota liens

3.      Schedule B(50) ) is further amended to add the Jungheinrich ETR345 (subject to Wells Fargo lien);

4.      Schedule B(77) is amended to add a potential claim for restitution from Arthur J. Morales, Case No. 20-CR-2348.

Fill in this information to identify the case:

Debtor name __Hyperikon, Inc.__

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (if known) 21-01776

☒ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:** Cash and cash equivalents

1. Does the debtor have any cash or cash equivalents?

  ☒ No. Go to Part 2.
  ☐ Yes Fill in the information below.
  All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

**Part 2:** Deposits and Prepayments

6. Does the debtor have any deposits or prepayments?

  ☒ No. Go to Part 3.
  ☐ Yes Fill in the information below.

**Part 3:** Accounts receivable

10. Does the debtor have any accounts receivable?

  ☒ No. Go to Part 4.
  ☐ Yes Fill in the information below.

**Part 4:** Investments

13. Does the debtor own any investments?

  ☒ No. Go to Part 5.
  ☐ Yes Fill in the information below.

**Part 5:** Inventory, excluding agriculture assets

18. Does the debtor own any inventory (excluding agriculture assets)?

  ☒ No. Go to Part 6.
  ☐ Yes Fill in the information below.

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

  ☒ No. Go to Part 7.

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 1

AMENDED

Debtor    **Hyperikon, Inc.**
　　　　　Name

Case number (if known) **21-01776**

☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?

　　☒ No. Go to Part 8.
　　☐ Yes Fill in the information below.

**Part 8:   Machinery, equipment, and vehicles**

46. Does the debtor own or lease any machinery, equipment, or vehicles?

　　☐ No. Go to Part 9.
　　☒ Yes Fill in the information below.

| | General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|
| 47. | Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles | | | |
| | 47.1.   2019 Volkswagen/Jetta, VIN<br>3VWC57BU0KM208724 | Unknown | | Unknown |
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. | Aircraft and accessories | | | |
| 50. | Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)<br>Toyota Forklift Model 8FBE20U, s/n 14653, and<br>three (3) Toyota forklift Model 9BRU23, with<br>s/n 38020, 38021, and 38018 (all subject to<br>Toyota liens) | Unknown | | Unknown |
| | 2015 Jungheinrich ETR345 (subect to Wells<br>Fargo lien) | $0.00 | | Unknown |

51.    Total of Part 8.
　　　 Add lines 47 through 50. Copy the total to line 87.

| | |
|---|---|
| | $0.00 |

52.    Is a depreciation schedule available for any of the property listed in Part 8?
　　　 ☒ No
　　　 ☐ Yes

53.    Has any of the property listed in Part 8 been appraised by a professional within the last year?
　　　 ☒ No
　　　 ☐ Yes

**Part 9:   Real property**

54. Does the debtor own or lease any real property?

　　☒ No. Go to Part 10.
　　☐ Yes Fill in the information below.

Official Form 206A/B                        Schedule A/B Assets - Real and Personal Property                        page 2

**AMENDED**

Debtor   __Hyperikon, Inc._____          Case number (If known)  __21-01776__
         Name

### Part 10:   Intangibles and intellectual property
59. Does the debtor have any interests in intangibles or intellectual property?

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

### Part 11:   All other assets
70. Does the debtor own any other assets that have not yet been reported on this form?
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☒ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | Notes receivable<br>Description (include name of obligor) | |
| 72. | Tax refunds and unused net operating losses (NOLs)<br>Description (for example, federal, state, local) | |
| 73. | Interests in insurance policies or annuities | |
| 74. | Causes of action against third parties (whether or not a lawsuit has been filed) | |
| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | |
| 76. | Trusts, equitable or future interests in property | |
| 77. | Other property of any kind not already listed *Examples:* Season tickets, country club membership<br>**Potential right of restitution from Arther J. Morales,**<br>**Case No. 20-CR-2348, S.D.Cal** | Unknown |

| 78. | Total of Part 11.<br>Add lines 71 through 77. Copy the total to line 90. | $0.00 |

79. Has any of the property listed in Part 11 been appraised by a professional within the last year?
    ☐ No
    ☒ Yes

## AMENDED

**Summary of Changes to Schedule D of Hyperikon, Inc.,**
**Case No. 21-01776**

1.      Schedule D is amended to add Toyota Material Holding Midwest, 1888 Research Way, Indianapolis, IN 46231-3356,  as a secured creditor with a claim of $61,055.68 holding a purchase money security interest in 1 Toyota Forklift Model 8FBE20U, s/n 14653, and in three (3) Toyota forklifts Model 9BRU23, with s/n 38020, 38021, and 38018..

2.      Schedule D is further amended to add the U.S. Small Business Administration, SBA Disaster Loan Serv. Center, 1545 Hawkins Blvd., Suite 202, El Paso, TX 79925-2652,  as a secured creditor holding a claim for $150,000 that is secured by a lien on the Debtor's personal property.

3      Schedule D is amended to add VW Credit, 1401 Franklin Blvd., Libertyville, IL 60048  as holding a secured claim of $14,618.53 that is secured by a lien on the 2019 Volkswagen Jetta.

4.      Schedule D is amended to add Wells Fargo Equipment Finance, P.O. Box 7777, San Francisco, CA 94120-7777  as holding a secured claim of $5,223 that is secured by a lien on the 2015 Jungheinrich ETR345.

Fill in this information to identify the case:

Debtor name **Hyperikon, Inc.**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF CALIFORNIA

Case number (If known) **21-01776**

☒ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A: Amount of claim. Do not deduct the value of collateral. | Column B: Value of collateral that supports this claim. |
|---|---|---|---|---|
| **2.1** | **Toyota Material Handling Midwe** <br> Creditor's Name <br><br> **1888 Research Way** <br> **Indianapolis, IN 46231-3356** <br> Creditor's mailing address <br><br> Creditor's email address, if known <br><br> Date debt was incurred <br><br> Last 4 digits of account number <br><br> Do multiple creditors have an interest in the same property? <br> ☒ No <br> ☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien <br> **Toyota Forklift Model 8FBE20U, s/n 14653, and three (3) Toyota forklift Model 9BRU23, with s/n 38020, 38021, and 38018 (all subject to Toyota liens)** <br><br> Describe the lien <br> **Purchase Money** <br> Is the creditor an insider or related party? <br> ☒ No <br> ☐ Yes <br> Is anyone else liable on this claim? <br> ☒ No <br> ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) <br><br> As of the petition filing date, the claim is: <br> Check all that apply <br> ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | | $61,055.68 | Unknown |
| **2.2** | **U.S. Small Business Admin.** <br> Creditor's Name <br> **SBA Disaster Loan Serv Center** <br> **1545 Hawkins Blvd., Suite 202** <br> **El Paso, TX 79925-2652** <br> Creditor's mailing address <br><br> Creditor's email address, if known <br><br> Date debt was incurred <br> **5/9/2020** | Describe debtor's property that is subject to a lien <br> **All Personal Property** <br><br><br> Describe the lien <br> **EIDL Loan** <br> Is the creditor an insider or related party? <br> ☒ No <br> ☐ Yes <br> Is anyone else liable on this claim? <br> ☒ No <br> ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) | | $150,000.00 | Unknown |

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

## AMENDED

Debtor **Hyperikon, Inc.**
Name

Case number (if known)  **21-01776**

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.3 | **Volkswagen Credit** | | |
|---|---|---|---|
| | Creditor's Name | | |

**1401 Franklin Blvd.**
**Libertyville, IL 60048**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2019 Volkswagen/Jetta, VIN 3VWC57BU0KM208724**

$14,618.53          Unknown

Creditor's email address, if known

Describe the lien
**Purchase Money**
Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.4 | **Wells Fargo Equipment Finance** | | |
|---|---|---|---|
| | Creditor's Name | | |

**P.O. Box 7777**
**San Francisco, CA 94120-7777**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**2015 Jungheinrich ETR345 (subect to Wells Fargo lien)**

$5,223.84          Unknown

Creditor's email address, if known

Describe the lien
**Purchase Money**
Is the creditor an insider or related party?
☒ No
☐ Yes

Date debt was incurred

Is anyone else liable on this claim?
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**0004**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $230,898.05 |
|---|---|---|

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

# AMENDED

**Summary of Changes to Schedules E and F of Hyperikon, Inc.,
Case No. 21-01776**

1.  Schedule E is amended to add Direction principale des relat Revenu Quebec, 3800 rue de Marly Quebec, GIX A45 as a priority creditor holding a claim of $9,198.83 (CAD).

2.  Schedule E is further amended to add the Canada Revenue Agency 9755 King George Boulevard, Surry BC V3T 5E1 as holding a priority creditor holding a claim of $38,801.39 (CAD).

3.  Schedule E is further amended to add the Indiana Department of Revenue, P.O. Box 6197, Indianapolis, IN 46206-6197, as holding a priority claim in an unknown amount.

4.  Schedule E is further amended to add the Wisconsin Department of Revenue P.O. Box 8901, Madison, WI 53708-8901 as holding a priority claim in an unknown amount.

5.  Schedule E is further amended to add the Washington Department of Revenue, Washington State Department of Revenue, Taxpayer Account Admin., P.O. Box 47476, Olympia, WA 98504-7476 as holding a priority claim in an unknown amount.

6.  Schedule E is further amended to add the Massachusetts Department of Revenue, 100 Cambridge Street, 2d Floor, Boston, MA 02114 as holding a priority claim in an unknown amount.

7.  Schedule F is amended to add Paypal, 2211 N. First St., San Jose, CA 95131 as a creditor holding a general unsecured claim of $1,620 for customer chargebacks.

8.  Schedule F is further amended to add BOLT, 77 Geary St., San Francisco, CA 94108 as holding a general unsecured claim in an unknown amount for customer chargebacks.

9.  Schedule F is further amended by deleting the entry for "Small Business Administration" in Item 3.40 of the Original Schedules.

10.  Schedule F is further amended by adding Bank of Southern California, 1620 5th Ave, Suite 120, San Diego, CA 92101 as holding a general unsecured claim of $451,027 for a PPP loan.

11.  Schedule F is further amended by adding CommereHub, ZEN Building, 201 Fuller Rd., 6th Floor, Albany, NY 12203 as a general unsecured creditor holding an unsecured claim of $878.60.

12.  Schedule F is further amended by adding Acuity Consulting, Vasagatan 16, 111 20 Stockholm Sweden as holding an unsecured claim for $76,856.69 (SEK).

Fill in this information to identify the case:

Debtor name __Hyperikon, Inc.__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF CALIFORNIA__

Case number (If known) __21-01776__

☒ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and*
*Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☒ Yes. Go to line 2.

2.  List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors
with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **Direction pinrcipale des relat** | ☐ Contingent | $9,198.83 | $9,198.83 |
| | **Revenu Quebec** | ☐ Unliquidated | | |
| | **3800, rue de Marly Quebec** | ☐ Disputed | | |
| | **G1X 4A5** | | | |
| | Date or dates debt was incurred | Basis for the claim: **Taxes  Amount is in CAD** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | | |
| | **Indiana Department of Rev** | ☐ Contingent | Unknown | Unknown |
| | **PO Box 6197** | ☐ Unliquidated | | |
| | **Indianapolis, IN 46206-6197** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: **Tax Claim** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ☒ No ☐ Yes | | |

## AMENDED

| Debtor | Hyperikon, Inc. | | Case number (if known) | 21-01776 |
|---|---|---|---|---|
| | Name | | | |

**2.3** | Priority creditor's name and mailing address
**Massachusetts Dept. of Rev.**
**100 Cambridge Street**
**2nd Floor**
**Boston, MA 02114**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address
**Non-Res. Reg. & Security-Frase**
**Canada Revenue Agency**
**9755 King George Boulevard**
**Surrey BC V3T 5E1**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$38,801.39    $38,801.39

Date or dates debt was incurred

Basis for the claim:
**Taxes - Amount is in CAD**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address
**Washington State Dept. of Rev**
**P.O. Box 47476**
**Olympia, WA 98504-7476**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address
**Wisconsin Department of Rev**
**PO Box 8901**
**Madison, WI 53708-8901**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown    Unknown

Date or dates debt was incurred

Basis for the claim:
**Tax Claim**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

# AMENDED

| Debtor | Hyperikon, Inc. | Case number (if known) | 21-01776 |
|---|---|---|---|
| | Name | | |

**3.1**

Nonpriority creditor's name and mailing address
**Acuity Consulting**
**Vasagatan 16**
**111 20 Stockholm**
**Sweeden**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting (amount is SEK)**

Is the claim subject to offset? ☒ No  ☐ Yes

**$76,856.69**

---

**3.2**

Nonpriority creditor's name and mailing address
**Bank of Southern California**
**1620 5th Ave.**
**Suite 120**
**San Diego, CA 92101**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **PPP Loan**

Is the claim subject to offset? ☒ No  ☐ Yes

**$451,027.00**

---

**3.3**

Nonpriority creditor's name and mailing address
**Bolt**
**77 Geary St**
**San Francisco, CA 94108**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer chargeback**

Is the claim subject to offset? ☒ No  ☐ Yes

**Unknown**

---

**3.4**

Nonpriority creditor's name and mailing address
**CommerceHub**
**25736 Network Place**
**Chicago, IL 60673-1257**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No  ☐ Yes

**$878.60**

---

**3.5**

Nonpriority creditor's name and mailing address
**Paypal**
**2211 N. First St.**
**San Jose, CA 95131**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer chargebacks**

Is the claim subject to offset? ☒ No  ☐ Yes

**$1,620.00**

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 48,000.22 |
| 5b. Total claims from Part 2 | 5b. + $ | 530,382.29 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 578,382.51 |

## AMENDED

**PARTIES SERVED BY MAIL ON JUNE 7, 2021**

Toyota Material Handling Midwest, Inc.
1888 Research Way
Indianapolis, IN 46231-3356

U.S. Small Business Administration
SBA Disaster Loan Service Center
1545 Hawkins Blvd., Suite 202
El Paso, TX 79925-2652

Wisconsin Department of Revenue
P.O. Box 8901
Madison, WI 53708-8901

Indiana Department of Revenue
P.O. Box 6197
Indianapolis, IN 46206-6197

VW Credit
1401 Franklin Blvd.
Libertyville, IL 60048

Wells Fargo Equipment Finance
PO Box 7777
San Francisco, CA 94120-7777

Direction principale des relat Revenu Quebec
3800 rue de Marly
Quebec GIX A45

Canada Revenue Agency
9755 King George Boulevard
Surry BC V3T 5E1

Paypal
2211 N. First Street
San Jose, CA 95131

BOLT
77 Geary St.
San Francisco, CA 94108

Bank of Southern California
1620 5th Ave., Suite 120
San Diego, CA 92101

CommerceHub
ZEN Building
201 Fuller Rd., 6th Floor
Albany, NY 12203

Acuity Consulting
Vasagatan 16
111 20 Stockholm Sweden

Washington State Department of Revenue
Taxpayer Account Admin.
P.O. Box 47476
Olympia, WA 98504-7476

Massachusetts Department of Revenue
100 Cambridge Street, 2d Floor
Boston, MA 02114