**uBarnes & Thornburg LLP**
Jonathan J. Boustani, Bar No. 274748
jboustani@btlaw.com
655 West Broadway, Suite 1300
San Diego, California  92101
Telephone:    (619) 321-5000
Facsimile:     (310) 284-3894

Jonathan D. Sundheimer
    *Admitted Pro Hac Vice*
jsundheimer@btlaw.com
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone:    (317) 231-7319
Facsimile:     (317) 231-7433

*Attorneys for SREIT 4820 Indianapolis Drive, L.L.C.*

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HYPERIKON, INC.,<br><br>    Debtor. | Case No.  21-01776-LT7<br><br>Chapter 7<br><br>**LANDLORD'S STATUS REPORT RE: EMERGENCY AMENDED MOTIONS TO COMPEL PAYMENT [ECF NO. 23] AND FOR RELIEF FROM THE AUTOMATIC STAY [ECF NO. 25]**<br><br>Date: June 10, 2021<br>Time: 2:00 p.m.<br>Place: Department / Chamber 3 — Room 129<br>Judge: Hon. Laura S. Taylor |

    SREIT 4820 Indianapolis Drive, L.L.C. (the "Landlord") hereby submits the following status report in the above entitled matter per the Court's minute entry [ECF No. 34] and *Order on Amended Emergency Motion to Compel Payment under 11 U.S.C. § 365(d)(3) or, in the Alternative,*

*Provide Adequate Protection under § 363(e)* [ECF No. 39] (the "Order")[1] with respect to the May 2021 rent due to the Landlord:

1. Counsel for the Landlord and Leonard J. Ackerman, Trustee (the "Trustee"), met and conferred telephonically on June 7, 2021, and on June 8, 2021.

2. As of the most recent conference between counsels for the Landlord and the Trustee, the Trustee was unable to provide the Landlord with payment, or with proposed adequate protection, for the May 2021 obligations due under the Lease.

3. For future rent, coming due on July 1, 2021, under the Lease, the Trustee was agreeable to having the Subtenant timely direct all rent payments due under the Sublease for the calendar month of July 2021 to the Landlord. Further, the Trustee was agreeable to authorizing the Landlord to use use the funds received from the Subtenant for the obligations due under the Lease on July 1, 2021, which obligations amount to $57,369.98. The Trustee agreed that any amounts paid by the Subtenant that exceed the obligations due under the Lease on July 1, 2021, shall remain in the Landlord's attorney's trust account until: (i) the Court directs distribution of the same or (ii) the Landlord and Trustee agree, in writing, to distribution of the same.

4. The Landlord understands that the Trustee intends to file a motion to reject the Lease and the Sublease by the end of June.

Respectfully submitted,

Date: June 8, 2021

BARNES & THORNBURG LLP

By: /s/ Jonathan J. Boustani
Jonathan J. Boustani

*Attorneys for SREIT 4820 Indianapolis Drive, L.L.C.*

---

[1] All undefined, capitalized terms herein shall have the sames meanings ascribed to such terms in the Order.