TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: HYPERIKON, INC.

Number: 21-01776-LT7

Hearing: 02:00 PM Thursday, June 10, 2021

Motion: 1)EMERGENCY MOTION TO COMPEL PAYMENT UNDER 11 U.S.C. 365(D)(3) OR, IN THE ALTERNATIVE, PROVIDE ADEQUATE PROTECTION UNDER 363(E) FILED ON BEHALF OF SREIT 4820 INDIANAPOLIS DRIVE, LLC ) (fr5/27/21)

AND

2)EMERGENCY MOTION FOR RELIEF FROM STAY, RS # JJB-1 FILED ON BEHALF OF SREIT 4820 INDIANAPOLIS DRIVE, L.L.C. (fr 5/27/21)

1-2) Hear as to status. The Court reviewed the status reports of the parties and appreciates the effort to resolve the emergency aspects of these matters. It appears that both matters will be resolved by the Trustee's anticipated rejection motion. The Court will hear from the parties.

Given the current public health emergency, all hearings will be by VIDEO CONFERENCE. Personal attendance at the June 10, 2021, hearing in this matter is therefore excused. All interested parties are to appear by video. The public may freely monitor by telephone. Please contact the courtroom deputy at 619-557-5157 to make the necessary arrangements.[1]

_____
1. In the event of any technical issues with the Zoom.gov application, we will utilize the AT&T Connect Tele-Conference as the back-up application for hearings. The dial-in information for AT&T Connect is as follows: Dial-In Number is 1-888-398-2342 and the Password is 9081287. Please use this call in only if instructed by the Court.