Jacqueline L. James (State Bar No. 198838)
COX CASTLE & NICHOLSON LLP
2029 Century Park East, 21st Floor
Los Angeles, California 90067
Telephone: (310) 284-2200
Facsimile:  (310) 284-2100
Email:      jjames@coxcastle.com

Thomas C. Wolford
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, Illinois  60602-3801
Telephone: (312) 269-8000
Facsimile:  (312) 269-1747
Email:      twolford@nge.com

Attorneys for Creditor Crest Beverage, L.L.C.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HYPERIKON, INC.,<br><br>　　　　　　Debtor.<br>_____ | Case No. 21-01776-LT-7<br><br>CHAPTER 7<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

TO THE CLERK OF THE COURT, DEBTOR, DEBTOR'S ATTORNEY, THE CHAPTER 7 TRUSTEE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND TO ALL OTHER INTERESTED PARTIES:

---

900479\13110608v1         NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

|   |   |
|---|---|
| 1 | PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002, 3017, |
| 2 | 4001, 9007 and 9010(b), COX CASTLE & NICHOLSON LLP hereby requests |
| 3 | notice of all matters in the above-captioned case which require notice to creditors, or |
| 4 | to other parties in interest, including without limitation to the extent applicable to |
| 5 | this case, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, |
| 6 | 9007 and 9010(b), notices of any orders, applications, complaints, demands, |
| 7 | hearings, motions, petitions, pleadings or requests (whether for relief from stay, |
| 8 | adequate protection or otherwise), any other documents brought before the Court in |
| 9 | this case, whether formal or informal, whether written or oral, or whether |
| 10 | transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.  Said |
| 11 | notices should be sent as follows: |

Jacqueline L. James (State Bar No. 198838)
COX CASTLE & NICHOLSON LLP
2029 Century Park East, 21st Floor
Los Angeles, California 90067
Telephone: (310) 284-2200
Facsimile: (310) 284-2100
Email:      jjames@coxcastle.com

With a copy to:

Thomas C. Wolford
NEAL, GERBER & EISENBERG LLP
Two North LaSalle Street, Suite 1700
Chicago, Illinois  60602-3801
Telephone: (312) 269-8000
Facsimile: (312) 269-1747
Email:      twolford@nge.com

The undersigned represent Creditor Crest Beverage, L.L.C., a creditor and party in interest as to the abovementioned estate.

2

900479\13110608v1       NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

| | |
|---|---|
| Dated: July 14, 2021 | COX CASTLE & NICHOLSON LLP |
| | By: __/s/ Jacqueline L. James__<br>　　　　Jacqueline L. James |
| | - and – |
| | NEAL, GERBER & EISENBERG LLP<br>　　　Thomas C. Wolford |
| | Attorneys for Creditor<br>Crest Beverage, L.L.C. |

# PROOF OF SERVICE

I, Michelle D. Jenkins, declare:

I am a citizen of the United States and employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 2029 Century Park East, Suite 2100, Los Angeles, California 90067-3284.

On July 15, 2021, I electronically filed the attached document:

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

with the Clerk of the court using the CM/ECF system which will then send a notification of such filing to the following:

- **Leonard J. Ackerman** ljabkatty@gmail.com, lja@trustesolutions.net
- **Jonathan Boustani** jboustani@btlaw.com
- **Jeffrey N Brown** jbrown@thompsoncoburn.com
- **Shawn Christianson** schristianson@buchalter.com, cmcintire@buchalter.com
- **Haeji Hong** Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov,Abram.S.Feuerstein@usdoj.gov
- **Roberta S. Robinson** RRobinson@kirbymac.com, jwilson@kirbymac.com;dkirby@kirbymac.com
- **United States Trustee** ustp.region15@usdoj.gov
- **David A. Warfield** dwarfield@thompsoncoburn.com

and

**VIA FEDERAL EXPRESS**
Office of The United States Trustee
Edward J. Schwartz Office Building
880 Front Street Third Floor, Suite 3230
San Diego, CA 92101

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 15, 2021, at Los Angeles, California.

*/s/ Michelle D. Jenkins*