CSD 2062 [05/19/17]

Court Telephone: (619) 557-5620   Court Hours: 9:00 am – 4:00pm, Monday-Friday
www.casb.uscourts.gov
Leonard J. Ackerman, Chapter 7 Trustee, #171073
6977 Navajo Road, #124
San Diego, CA 92119
(619) 463-0555

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re

HYPERIKON, INC.

Debtor.

BANKRUPTCY NO. 21-01776-LT7

**TRUSTEE'S NOTICE OF INTENDED ACTION AND OPPURTUNITY FOR HEARING**

TO THE DEBTOR, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that the undersigned Trustee proposes to:

☐　　Compromise or settle the following controversy [description of controversy to be settled and standards for approval of a settlement as required by LBR 9019]; or

☐　　Allowance of compensation or reimbursement of expenses by trustee in the amounts indicated below [information required by FRBP 2002(c)(2)]; or
　　　　Fees:
　　　　Costs:

☒　　Other:
　　　　Allow Trustee to immediately pay the United States Small Business Administration (USSBA) pursuant to its secured claim (claim #13). Trustee has collected funds which he believes are secured by the USSBA claim, and seeks to avoid un-necessary administrative expenses such as interest and bank charges by paying the U.S.S.B.A. claim in full. Claim is approximately $160,000 including interest charges.

IF YOU OBJECT TO THE PROPOSED ACTION:

1.　**You are required** to obtain a hearing date and time from the appropriate Courtroom Deputy for the Judge assigned to this bankruptcy case.  Determine which deputy to call by looking at the Bankruptcy Case No. in the caption on Page 1 of this notice. If the case number is followed by the letters:

|   |    |   |                        |   |                              |
|---|----|---|------------------------|---|------------------------------|
| - | MM | - | call (619) 557-7407    | - | DEPARTMENT ONE (Room 218)    |
| - | LA | - | call (619) 557-6594    | - | DEPARTMENT TWO (Room 118)    |
| - | LT | - | call (619) 557-6018    | - | DEPARTMENT THREE (Room 129)  |
| - | CL | - | call (619) 557-6019    | - | DEPARTMENT FIVE (Room 318)   |

CSD 2062

CSD 2062 (Page 2) [05/19/17]

2. **Within twenty-one (21)[1] days from the date of this notice**, you are further required to serve a copy of your **Declaration in Opposition** and separate **Request and Notice of Hearing** [Local Form CSD 1184[2]] upon the undersigned Trustee, together with any opposing papers. A copy of these documents must also be served upon the United States Trustee at 880 Front Street, Suite 3230, San Diego, CA 92101. The opposing declaration must be signed and verified in the manner prescribed by FRBP 9011, and the declaration must:

     a. identify the interest of the opposing party; and

     b. state, with particularity, the factual and legal grounds for the opposition

3. **You must** file the original and one copy of the Declaration and Request and Notice of Hearing with proof of service with the Clerk of the U.S. Bankruptcy Court at 325 West F Street, San Diego, California 92101-6991, no later than the next business day following the date of service.

     **If you fail to serve your "Declaration in Opposition to Intended Action" and "Request and Notice of Hearing"** within the 21-day period provided by this notice, **no hearing will take place**, you will lose your opportunity for hearing, and the Trustee may proceed to take the intended action.

Dated: November 15, 2021

/s/ Leonard J. Ackerman
Chapter 7 Trustee
Address:    6977 Navajo Road, #124
          San Diego, CA 92119
Phone No:  (619) 463-0555
Email:     ljabkatty@gmail.com

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.
[2] You may obtain Local Form CSD 1184 from the office of the Clerk of the U.S. Bankruptcy Court.

CSD 2062

United States Bankruptcy Court
Southern District of California

In re:                                                                                     Case No. 21-01776-LT

Hyperikon, Inc.                                                                            Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0974-3                              User: Admin.                               Page 1 of 4
Date Rcvd: Nov 16, 2021                           Form ID: pdf905                            Total Noticed: 88

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Hyperikon, Inc., 8821 Production Ave., San Diego, CA 92121-2219 |
| cr | + | Oracle America, Inc., Buchalter, A Professional Corporation, Shawn M. Christianson, 55 Second St., Ste. 1700, San Francisco, CA 94105-3493 |
| 14865183 | + | Becknell Investors 2011 LLC, 2750 East 146th Street, #200, Carmel, IN 46033-7236 |
| 14877514 | + | Bolt, 77 Geary St, San Francisco, CA 94108-5723 |
| 14865184 | + | Braumiller Law Group, 5220 Spring Valley Road, Suite, Dallas, TX 75254-3099 |
| 14894649 | + | Braumiller Law Group, PLLC, 5220 Spring Valley Road, Suite 200, Dallas, TX 75254-1943 |
| 14865185 | + | Butterfield Schechter LLP, 10021 Willow Creek Road, #200, San Diego, CA 92131-1670 |
| 14865188 | | CT Corporation, Zuidpoolsingel 2408 ZE Alphen, and Rijn NETHERLANDS |
| 14878470 | + | Charles S. Stahl, Jr., Swanson, Martin & Bell, LLP, 2525 Cabot Drive, Suite 204, Lisle, IL 60532-3628 |
| 14865186 | + | Cintas, PO Box 631025, Cincinnati, OH 45263-1025 |
| 14877515 | | CommerceHub, 25736 Network Place, Chicago, IL 60673-1257 |
| 14865187 | + | Crest Beverage LLC, 8870 Liquid Ct., San Diego, CA 92121-2234 |
| 14898188 | + | Crest Beverage, L.L.C., c/o Thomas C. Wolford, 2 North LaSalle Street, Suite 1700, Chicago, IL 60602-4000 |
| 14868839 | + | Dean T. Kirby, Jr., Roberta S. Robinson, KIRBY & MCGUINN, A P.C., 707 Broadway, Ste 1750, San Diego, California 92101-5393 |
| 14865189 | + | Demand Packaging LLC, 1607 Augusta Parkway, Henryville, IN 47126-4501 |
| 14865190 | | Department Homeland Sec. USCBP, 555 Battery St., Attn: Katrina Williams, San Francisco, CA 94111-2312 |
| 14877516 | | Direction pinrcipale des relat, Revenu Quebec, 3800, rue de Marly Quebec, G1X 4A5 |
| 14865191 | | Elite SEM/Tinuiti, PO Box 28415, New York, NY 10087-8415 |
| 14904876 | | Employment Development Department, Bankruptcy Group MIC 92E, PO BOX 826880, Sacramento, CA 95814 |
| 14892974 | + | Encentiv Energy Inc., 1501 Ardmore Blvd., Suite 102, Pittsburgh, PA 15221-4451 |
| 14865192 | + | Exfreight, 2290 - 10th Avenue, Suite 501, Lake Worth, FL 33461-6618 |
| 14865194 | + | FedEx, PO Box 63247, North Charleston, SC 29419-3247 |
| 14894477 | + | Federal Insurance Company, c/o Chubb, 436 Walnut Street - WA04K, Philadelphia, PA 19106-3703 |
| 14865195 | + | Flexport, 760 Market Street, 8th Floor, San Francisco, CA 94102-2300 |
| 14897866 | + | Fusion One Logistics, 3533 Rainsong Circle, Rancho Cordova, CA 95670-6983 |
| 14865197 | + | Globaltranz Enterprises, Inc., 3001 N. Main Street, Prescott Valley, AZ 86314-2293 |
| 14865198 | + | Home Goods, Inc - The TJX Comp, 300 Value Way, Marlborough, MA 01752-3093 |
| 14891803 | + | HomeGoods, Inc., Mark R. Somerstein, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036-8704 |
| 14865199 | | HomeLite Technology Co., Ltd., No. 319 Jiugan Rd., Shanghai 201601 CHINA |
| 14865200 | + | Intact Insurance, 605 Highway 169 North, Suite 800, Minneapolis, MN 55441-6533 |
| 14885925 | + | Jacqueline L. James, COX CASTLE & NICHOLSON LLP, 2029 Century Park East, 21st Floor, Los Angeles, California 90067-3007 |
| 14865201 | + | Jan Brandrup, PO Box 1288, Rancho Santa Fe, CA 92067-1288 |
| 14865202 | + | Laz Parking, PO Box 847370, Los Angeles, CA 90084-7370 |
| 14865203 | + | Lighting Science Group Corp, PO Box 847370, Dept. #9819, Los Angeles, CA 90084-7370 |
| 14865204 | | M.H. Equipment, 4469 Solutions Center, Chicago, IL 60677-4004 |
| 14865205 | + | MGM Partnership, 13359 Old Winery Road, Poway, CA 92064-1034 |
| 14886146 | + | MH Equipment, c/o Karin Daly, 8901 N. Industrial Rd., Peoria, IL 61615-1509 |
| 14865206 | | MNP, Suite 2000, 330 5 Ave. S.W., Calgary Alberta CANADA T2P OL4 |
| 14891802 | + | Mark R. Somerstein, Ropes & Gray LLP, 1211 Avenue of the Americas, New York, NY 10036-8704 |
| 14891874 | + | Massachusetts Bay Insurance, Tiffany Punch Hanover Ins, 440 Lincoln Street, Worcester, MA 01653-0002 |
| 14877518 | + | Massachusetts Dept. of Rev., 100 Cambridge Street, 2nd Floor, Boston, MA 02114-2509 |
| 14865207 | + | Noel Kean, 10018 Holborn Street, Santee, CA 92071-5008 |
| 14877519 | | Non-Res. Reg. & Security-Frase, Canada Revenue Agency, 9755 King George Boulevard, Surrey BC V3T 5E1 |
| 14865208 | + | Oracle America Inc., 500 Oracle Parkway, Redwood City, CA 94065-1677 |
| 14865209 | + | Panitch Schwarze Belisario, Two Commerce Square, 2001 Market Street, Suite 2800, Philadelphia, PA 19103-7029 |

| 14897867 | + | Pete Kistler, 336 W. 37th St., Suite 1200, New York, NY 10018-4282 |
| 14865211 | | Philips Lighting Holding B.V., Intellectual Property, 5656 AEEindhoven, The Netherlands |
| 14865212 | + | Prolift, 12001 Plantside Drive, Louisville, KY 40299-6300 |
| 14897868 | + | Proxima 707 LLC, 3161 Michelson Drive, Suite 900, Irvine, CA 92612-4409 |
| 14865214 | | Quench USA, Inc., PO Box 781393, Philadelphia, PA 19178-1393 |
| 14865215 | + | Ray's Trash Services, Inc., 6251 S. Indianapolis Road, Whitestown, IN 46075-9525 |
| 14868768 | + | Roberta S. Robinson, KIRBY & McGUINN, APC, 707 Broadway, Suite 1750, San Diego, CA 92101-5393 |
| 14897865 | + | SREIT 4820 Indianapolis Drive, L.L.C., Attn: Jonathan D. Sundheimer, Barnes & Thornburg, 11 S. Meridian Street, Indianapolis, IN 46204-3535 |
| 14865216 | | Shenzhen Guanke Technologies, A101, Bldg 34 Zialang Ind. Zon, GUANGDONG, CHINA 518106 |
| 14865217 | | Shenzhen Hyperlite Lighting, Hongfa Ind. Area, Bldg. 5, 518000 Shenzhen CHINA |
| 14865218 | | Shenzhen SNC Opto Electronics, BI 6 Zhengdaan Industry Pk 172, SongGang town, CHINA |
| 14865219 | | Shenzhen Topband Co. LTD., No. 113 Dongxin Avenue, Huizhou City, CHINA |
| 14865220 | | Signify Holding B.V., License, Bldg, HTC 5, 5th Floor, 5656 AE Eindhoven Netherlands |
| 14865221 | | Sreit 8421 Bearing Drvive, LLC, PO Box 789956, Philadelphia, PA 19178-9956 |
| 14865222 | + | Steam Logistics, PO Box 117301, Atlanta, GA 30368-7301 |
| 14885935 | + | Thomas C. Wolford, NEAL, GERBER & EISENBERG LLP, Two North LaSalle Street, Suite 1700, Chicago, Illinois 60602-4000 |
| 14898187 | + | Thomas C. Wolford, Neal Gerber & Eisenberg LLP, 2 North LaSalle Street, Suite 1700, Chicago, IL 60602-4000 |
| 14878471 | + | Toyota Industries Commercial Finance, Inc., Charles S. Stahl, Jr., Swanson, Martin & Bell, LLP, 2525 Cabot Drive, Suite 204, Lisle, IL 60532-3628 |
| 14877521 | | Toyota Material Handling Midwe, 1888 Research Way, Indianapolis, IN 46231-3356 |
| 14897689 | + | U.S. Customs and Border Protection, Attn: Revenue Division, Bankruptcy Team, 6650 Telecom Dr., Suite 100, Indianapolis, IN 46278-2010 |
| 14877522 | + | U.S. Small Business Admin., SBA Disaster Loan Serv Center, 1545 Hawkins Blvd., Suite 202, El Paso, TX 79925-2654 |
| 14897830 | + | U.S. Small Business Administration, 312 N. Spring Street, 5th Floor, t, Los Angeles, CA 90012-2678 |
| 14865224 | | UL AG, 75 Remittance Drive, Ste. 1524, Chicago, IL 60675-1524 |
| 14865225 | | UPS Supply Chain Solution, Inc, 28013 Network Place, Chicago, IL 60673-1280 |
| 14865227 | + | USA Debt Recovery Solutions, 255 W. Foothill Blvd., #205, Upland, CA 91786-3807 |
| 14865228 | #+ | VELOX Media, 816 W. Bannock Street, Suite 306, Boise, ID 83702-5894 |
| 14865229 | + | Walmart Inc., c/o Bank of America, PO Box 500787, Saint Louis, MO 63150-0787 |
| 14877524 | | Washington State Dept. of Rev, P.O. Box 47476, Olympia, WA 98504-7476 |
| 14886500 | + | Wells Fargo Bank, N.A., 800 Walnut ST., MAC F0005-055, Des Moines, IA 50309-3605 |
| 14877525 | | Wells Fargo Equipment Finance, P.O. Box 7777, San Francisco, CA 94120-7777 |
| 14897869 | + | Wendego Information Technology, 10620 Treena Street, Suite 230, San Diego, CA 92131-1140 |
| 14877526 | | Wisconsin Department of Rev, PO Box 8901, Madison, WI 53708-8901 |
| 14895575 | | Wisconsin Department of Revenue, 4-SPU Bankruptcy, PO Box 8901, Madison, WI 53708-8901 |
| 14865232 | | Zhejiang Hengdian Tospo Imp., RM3/F World Trade Office Plaza, 122 Shuguang Rd Hangzhou CHINA |

TOTAL: 79

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14877513 | | Email/Text: chickey@banksocal.com | | |
| | | | Nov 16 2021 22:53:00 | Bank of Southern California, 1620 5th Ave., Suite 120, San Diego, CA 92101 |
| 14906041 | + | Email/Text: USCBNotices@cdtfa.ca.gov | | |
| | | | Nov 16 2021 22:53:00 | California Dept. of Tax and Fee Administration, Collections Support Bureau, MIC: 55, PO Box 942879, Sacramento, CA 94279-0001 |
| 14865193 | + | Email/Text: legal@fastenal.com | | |
| | | | Nov 16 2021 22:53:00 | Fastenal Company, Property Administration, 1801 Theurer Blvd., Winona, MN 55987-1577 |
| 14906344 | | Email/Text: BKBNCNotices@ftb.ca.gov | | |
| | | | Nov 16 2021 22:53:00 | Franchise Tax Board, Bankruptcy Section MS A340, PO BOX 2952, Sacramento CA 95812-2952 |
| 14878982 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Nov 16 2021 22:53:00 | Indiana Department of Revenue, 100 N Senate Ave, Indianapolis, IN 46204 |
| 14877517 | | Email/Text: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV | Nov 16 2021 22:53:00 | Indiana Department of Rev, PO Box 6197, Indianapolis, IN 46206-6197 |
| 14869827 | + | Email/Text: schristianson@buchalter.com | | |
| | | | Nov 16 2021 22:53:00 | Oracle America, Inc., c/o Shawn M. Christianson, Esq., Buchalter PC, 55 2nd St., 17th Fl., San Francisco, CA 94105-3493 |
| 14877520 | + | Email/Text: recovery@paypal.com | | |

District/off: 0974-3                                    User: Admin.                                         Page 3 of 4
Date Rcvd: Nov 16, 2021                          Form ID: pdf905                          Total Noticed: 88

| | | Nov 16 2021 22:53:00 | Paypal, 2211 N. First St., San Jose, CA 95131-2021 |
| 14877523 | Email/Text: vci.bkcy@vwcredit.com | | |
| | | Nov 16 2021 22:53:00 | Volkswagen Credit, 1401 Franklin Blvd., Libertyville, IL 60048 |

TOTAL: 9

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14885927 | | 2029 Century Park East, 21st Floor |
| 14877512 | | Acuity Consulting, Vasagatan 16, 111 20 Stockholm, Sweeden |
| 14885926 | | COX CASTLE & NICHOLSON LLP |
| 14885930 | | Email: jjames@coxcastle.com |
| 14885928 | | Los Angeles, California 90067 |
| 14885929 | | Telephone: (310) 284-2200 |
| 14865223 | | Toppo Lighting Company Limited, Building 6, Huang Rd GaoQiao, LongGang Dist. Shenzhen 518117 |
| 14865231 | | Xen Uaj Dooel, Franklin Ruzvelt 7.1011, 1000 Skopje North Macedonia, Skopje, Macenonia |

TOTAL: 8 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2021                   Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| David A. Warfield | on behalf of Debtor Hyperikon  Inc. dwarfield@thompsoncoburn.com |
| Haeji Hong | on behalf of United States Trustee United States Trustee Haeji.Hong@usdoj.gov USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov,Abram.S.Feuerstein@usdoj.gov |
| Jacqueline L. James | on behalf of Creditor Creditor Crest Beverage jjames@coxcastle.com |
| Jeffrey N Brown | on behalf of Debtor Hyperikon  Inc. jbrown@thompsoncoburn.com |
| Jonathan Boustani | on behalf of Creditor SREIT 4820 Indianapolis Drive  L.L.C. jboustani@btlaw.com |
| Leonard J. Ackerman | ljabkatty@gmail.com  lja@trustesolutions.net |
| Roberta S. Robinson | on behalf of Trustee Leonard J. Ackerman RRobinson@kirbymac.com  jwilson@kirbymac.com;dkirby@kirbymac.com |
| Shawn Christianson | on behalf of Creditor Oracle America  Inc. schristianson@buchalter.com, cmcintire@buchalter.com |

United States Trustee

ustp.region15@usdoj.gov

TOTAL: 9