TENTATIVE RULING

ISSUED BY JUDGE LAURA S. TAYLOR

Debtor: HYPERIKON, INC.

Number: 21-01776-LT7

Hearing: 10:00 AM Thursday, December 9, 2021

Motion: OBJECTION TO TRUSTEE'S INTENDED ACTION AND OPPORTUNITY FOR HEARING [ECF NO. 124] FILED ON BEHALF OF SREIT 4820 INDIANAPOLIS DRIVE, L.L.C.

Hear. The Trustee seeks an order: (1) allowing administrative tax liabilities on account of the bankruptcy estate's federal and state income tax returns as an administrative expense; and (2) authority to pay federal and state taxes from the bankruptcy estate as they become due during the administration of this bankruptcy case. The only opposition was filed by administrative claimant SREIT 4820 Indianapolis Drive, L.L.C. ("Landlord"). The parties agreed to extend the time for the Trustee to reply to the opposition to December 1, 2021, to allow the parties time to address the issues raised by Landlord. As of December 6, 2021, no reply has been filed. The courtroom deputy reports that a settlement may be in process. The Court will appreciate an update.