# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

# Minute Order

### Hearing Information:

|  |  |
|---:|---|
| **Debtor:** | HYPERIKON, INC. |
| **Case Number:** | 21-01776-LT7    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 09, 2021 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | RUSSELL PALUSO |
| **Reporter / ECR:** | SUE ROSS |

### Matter:

OBJECTION TO TRUSTEE'S INTENDED ACTION AND OPPORTUNITY FOR HEARING [ECF NO. 124] FILED ON BEHALF OF SREIT 4820 INDIANAPOLIS DRIVE, L.L.C.

### Appearances:

ROBERTA ROBINSON, ATTORNEY FOR LEONARD J. ACKERMAN, CHAPTER 7 TRUSTEE (video)
HAEJI HONG, ATTORNEY FOR U.S. TRUSTEE (video)
JONATHAN SUNDHEIMER, ATTORNEY FOR SREIT 4820 INDIANAPOLIS DRIVE, LLC (video)

### Disposition:

Continued to 2/10/22 at 10:00 a.m.