## TENTATIVE RULING

## ISSUED BY JUDGE LAURA S. TAYLOR

Debtor:      HYPERIKON, INC.

Number:      21-01776-LT7

Hearing:     10:00 AM  Thursday, March 3, 2022

Motion:      OBJECTION TO TRUSTEE'S INTENDED ACTION AND OPPORTUNITY FOR HEARING [ECF NO. 124] FILED ON BEHALF OF SREIT 4820 INDIANAPOLIS DRIVE, L.L.C. (fr 2/10/22)

Pursuant to the Trustee's settlement with Sreit, Sreit's objection to the Trustee's intended action is moot.  The March 3, 2022, at 10 a.m. matter is off calendar and appearances are excused.