# UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

|  |  |
|---:|:---|
| **Debtor:** | HYPERIKON, INC. |
| **Case Number:** | 21-01776-LT7    **Chapter:** 7 |
| **Date / Time / Room:** | THURSDAY, MARCH 03, 2022 10:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | LAURA S. TAYLOR |
| **Courtroom Clerk:** | RUSSELL PALUSO |
| **Reporter / ECR:** | SUE ROSS |

### Matter:

OBJECTION TO TRUSTEE'S INTENDED ACTION AND OPPORTUNITY FOR HEARING [ECF NO. 124] FILED ON BEHALF OF SREIT 4820 INDIANAPOLIS DRIVE, L.L.C. (fr 2/10/22)

### Appearances:

NO APPEARANCES

### Disposition:

Off calendar pursuant to the Court's Tentative Ruling.