**BARNES & THORNBURG LLP**
Jonathan J. Boustani, Bar No. 274748
jboustani@btlaw.com
655 West Broadway, Suite 1300
San Diego, California 92101
Telephone:   (619) 321-5000
Facsimile:   (310) 284-3894

Jonathan D. Sundheimer
    *Admitted Pro Hac Vice*
jsundheimer@btlaw.com
11 S. Meridian Street
Indianapolis, Indiana 46204
Telephone:   (317) 231-7319
Facsimile:   (317) 231-7433

*Attorneys for*
SREIT 4820 Indianapolis Drive, L.L.C.

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>HYPERIKON, INC.,<br><br>         Debtor. | Case No. 21-01776-LT7<br><br>Chapter 7<br><br>**NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING [ECF NO. 143]**<br><br>Date: None Required<br>Time: N/A<br>Place: N/A<br>Judge: Hon. Laura S. Taylor |

Pursuant to the *Order on Trustee's Unopposed Notice of Intended Action to Settle Dispute with SREIT 4820 Indianapolis Drive, L.L.C.* [ECF No. 164] (the "Order"), entered on February 25, 2022, and the corresponding Settlement Agreement, attached to the Order as **Exhibit 3** and executed by Leonard J. Ackerman, the duly appointed Chapter 7 Trustee for the estate of Hyperikon, Inc., and SREIT 4820 Indianapolis Drive, L.L.C. (the "Landlord"), the Landlord hereby

- 2 -

withdraws its *Objection to Trustee's Notice of Intended Action and Opportunity for Hearing* [ECF No. 143].

Date: March 15, 2022

Respectfully submitted,

**BARNES & THORNBURG LLP**

By: */s/ Jonathan J. Boustani*
Jonathan J. Boustani

*Attorneys for* SREIT 4820 Indianapolis Drive, L.L.C.

CSD 3010 [07/01/18]
Name, Address, Telephone No. & I.D. No.

Barnes & Thornburg LLP
Jonathan J. Boustani, Bar No. 274748
jboustani@btlaw.com
655 W. Broadway, Suite 1300
San Diego, CA  92101
Telephone:  (619) 321-5000
Jonathan Sundheimer (admitted Pro Hac Vice)

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re HYPERIKON, INC.

Debtor.

BANKRUPTCY NO. 21-01776-LT7

Plaintiff(s)

ADVERSARY NO.

v.

Defendant(s)

# PROOF OF SERVICE

I, Monica Hampton am a resident of the State of California, over the age of 18 years, and not a party to this action.

On 3/15/22, I served the following documents:

NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S NOTICE OF INTENDED ACTION AND OPPORTUNITY FOR HEARING [ECF NO. 143]

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

   Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On 3/15/22, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:
   Jeffrey N. Brown: jbrown@thompsoncoburn.com; David A. Warfield: dwarfield@thompsoncoburn.com;
   Shawn Christianson:schristianson@buchalter.com, cmcintire@buchalter.com;
   Haeji Hong:Haeji.Hong@usdoj.gov, tiffany.l.carroll@usdoj.gov, Abram.S.Feuerstein@usdoj.gov;
   Roberta S. Robinson: RRobinson@kirbymac.com, jwilson@kirbymac.com, dkirby@kirbymac.com;
   Leonard J. Ackerman: ljabkatty@gmail.com, lja@trustesolutions.net.

   ☒ Chapter 7 Trustee: ljabkatty@gmail.com, lja@trustesolutions.net

   ☒ For Chpt. 7, 11, & 12 cases:
   UNITED STATES TRUSTEE
   ustp.region15@usdoj.gov

   ☐ For ODD numbered Chapter 13 cases:
   THOMAS H. BILLINGSLEA, JR., TRUSTEE
   Billingslea@thb.coxatwork.com

   ☐ For EVEN numbered Chapter 13 cases:
   DAVID L. SKELTON, TRUSTEE
   admin@ch13.sdcoxmail.com
   dskelton13@ecf.epiqsystems.com

CSD 3010

CSD 3010 [07/01/18] (Page 2)

2. **Served by United States Mail**:

On _____ , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____ , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on    3/15/2022                            Monica Hampton    *Monica Hampton*
               (Date)                               (Typed Name and Signature)

                                                    2029 Century Park East, Suite 300
                                                    (Address)

                                                    Los Angeles, CA  90067
                                                    (City, State, ZIP Code)

CSD 3010