CSD 1181 [07/01/18]

Name, Address, Telephone No. & I.D. No.

Roberta S. Robinson (SBN 99035)
Kirby & McGuinn, A P.C.
707 Broadway, Ste 1750
San Diego, Ca. 92101
Tel: 619-398-3358/ Fax: 619-398-3359
Attorneys for L. Ackerman, Trustee

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West F Street, San Diego, California 92101-6991

In Re
HYPERIKON, INC.

BANKRUPTCY NO. 21-01776-LT-7

Tax I.D.(EIN)#: _____ /S.S.#:XXX-XX– _____ Debtor.

**NOTICE OF HEARING AND MOTION**

TO THE DEBTOR, ALL CREDITORS AND OTHER PARTIES IN INTEREST:

**You are hereby notified** that on November 10, 2022, at 10:30 a .m., in Department 3, Room 129 of the Jacob Weinberger United States Courthouse, located at 325 West F Street, San Diego, California 92101-6991, there will be a hearing regarding the Motion of Kirby & McGuinn, A.P.C. (Counsel for *Trustee), Baker Tilly US, LLP (Accountant for Trustee), and*, for [check the appropriate box]:

☐ Dismissal of a chapter 7, 11 or 12 case;

☐ Conversion of a chapter 7, 11 or 12 case by a party other than the debtor;

☑ Allowance of [interim] [final] compensation or reimbursement of expenses of professionals as provided in Exhibit "A" [information required by FRBP 2002(c)(2)];

☐ Appointment of a trustee in a chapter 11 case; or

☐ Other [specify the nature of the matter]:

If not required to be attached, a set of the moving papers will be provided, upon request, by the undersigned or may be inspected at the office of the Clerk.

Any opposition or other response to the motion must be served upon the undersigned and the original and one copy of such papers with proof of service must be filed with the Clerk of the U.S. Bankruptcy Court at 325 West F St., San Diego, California 92101-6991, **not later than fourteen (14)[1] days from the date of service.**

Kirby & McGuinn, A P.C.

DATED: October 13, 2022    /s/ Roberta S. Robinson

[Attorney for] Moving Party

By: Roberta S. Robinson

---

[1] Depending on how you were served, you may have additional time for response. See FRBP 9006.

CSD 1181

# CERTIFICATE OF SERVICE

I, the undersigned whose address appears below, certify:

That I am, and at all relevant times was, more than 18 years of age;

That on the __13th__ day of __October 2022__, I served a true copy of the within NOTICE OF MOTION AND HEARING on the following persons by the mode of service shown below:

*Also serving First and Final Fee Application of Kirby & McGuinn, A P.C., General Counsel to the Chapter 7 Trustee

1. **To Be Served by the Court via Notice of Electronic Filing ("NEF")**:

    Under controlling Local Bankruptcy Rules(s) ("LBR"), the document(s) listed above will be served by the court via NEF and hyperlink to the document. On __10/13/22__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the e-mail address(es) indicated and/or as checked below:

    ☑ Attorney for Debtor (or Debtor), if required:

    David A. Warfield
    Thompson Coburn LLP
    Email: dwarfield@thompsoncoburn.com

    Jeffrey N Brown
    Thompson Coburn LLP
    Email: jbrown@thompsoncoburn.com

    Additional ECF Service List below

    ☑ Chapter 7 Trustee: Leonard J. Ackerman   ljabkatty@gmail.com, lja@trustesolutions.net

    ☑ For Chpt. 7, 11, & 12 cases:
    UNITED STATES TRUSTEE
    ustp.region15@usdoj.gov

    ☐ For ODD numbered Chapter 13 cases:
    THOMAS H. BILLINGSLEA, JR., TRUSTEE
    Billingslea@thb.coxatwork.com

    ☐ For EVEN numbered Chapter 13 cases:
    DAVID L. SKELTON, TRUSTEE
    admin@ch13.sdcoxmail.com
    dskelton13@ecf.epiqsystems.com

2. **Served by United States Mail**:

    On __10/13/22__, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing accurate copies in a sealed envelope in the United States Mail via 1) first class, postage prepaid or 2) certified mail with receipt number, addressed as follows:

    ☐ Attorney for Debtor (or Debtor), if required:

    *See Supplemental Proof of Service

    *Additional ECF Service List:
    Jonathan Boustani     jboustani@btlaw.com
    Shawn Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
    Haeji Hong    Haeji.Hong@usdoj.gov, USTP.Region15@usdoj.gov,tiffany.l.carroll@usdoj.gov
    Jacqueline L. James    jjames@coxcastle.com

CSD 1181 (Page 3) [07/01/18]

3. **Served by Personal Delivery, Facsimile Transmission, Overnight Delivery, or Electronic Mail**:

Under Fed.R.Civ.P.5 and controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission, by overnight delivery and/or electronic mail as follows:

☐ Attorney for Debtor (or Debtor), if required:

I declare under penalty of perjury under the laws of the United States of America that the statements made in this proof of service are true and correct.

Executed on  10/13/22  
(Date)

Jacquelyn Wilson    /s/ Jacquelyn Wilson  
(Typed Name and Signature)

707 Broadway, Suite 1750  
(Address)

San Diego, CA 92101  
(City, State, ZIP Code)

CSD 1181

**CSD 1181A (Page 3)** [08/01/11]

**[TO BE INCLUDED IN OR ATTACHED TO FEE NOTICES]**

APPLICANT <u>Kirby & McGuinn, A.P.C.</u>, REPRESENTING [Name & Title] <u>Attorneys for Leonard J. Ackerman, Trustee</u>

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[1] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| FINAL 4/30/21 to 10/1/22 | 147,107.00 | | | | | 4,369.85 | |
| 2ND INTERIM to | | | | | | | |
| 3RD INTERIM to | | | | | | | |
| 4TH INTERIM to | | | | | | | |
| TOTALS: | 147,107.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4,369.85 | 0.00 |

Plus an "up to" award not to exceed $500 to Kirby & McGuinn, for fees and costs incurred after the dates covered by this application.

APPLICANT <u>Baker Tilly US, LLP</u>, REPRESENTING [Name & Title] <u>Accountant for Trustee</u>

| | FEES REQUESTED | FEES ALLOWED | FEES AUTHORIZED FOR PAYMENT | FEES HELD BACK | FEES DISALLOWED[2] | COSTS REQUESTED | COSTS AWARDED |
|---|---|---|---|---|---|---|---|
| 1ST INTERIM 7-29-21 to 9-30-22 | 98,893.50 | | | | | 32.20 | |
| 2ND INTERIM to | | | | | | | |
| 3RD INTERIM to | | | | | | | |
| 4TH INTERIM to | | | | | | | |
| TOTALS: | 98,893.50 | 0.00 | 0.00 | 0.00 | 0.00 | 32.20 | 0.00 |

Plus an "up to" award not to exceed $10,000 to Baker & Tilly, for fees and costs incurred after the dates covered by this application.

[1] Please provide an explanation for this disallowance.
[2] Please provide an explanation for this disallowance.

**CSD 1181A**                                            **EXHIBIT "A"**                            Page   1   of   1